**B1 (Official Form 1) (4/10)**

| UNITED STATES BANKRUPTCY COURT<br>NORTHERN DISTRICT OF TEXAS<br>DALLAS DIVISION | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**LaBounty III, George Norman** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**None** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**None** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **xxx-xx-9634** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**8011 Clark Court**<br>**Ovilla, TX**<br>ZIP CODE **75154** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Ellis** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**8011 Clark Court**<br>**Ovilla, TX**<br>ZIP CODE **75154** | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**N/A**<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed  (Check one box.) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☑ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13     ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☑ Debts are primarily business debts. |
|---|---|---|

| Filing Fee  (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**      THIS SPACE IS FOR COURT USE ONLY

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1) (4/10)                                                                                                    Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):   **George Norman LaBounty, III** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed:<br>**None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor**   (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>                                                                      Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s):  **George Norman LaBounty, III** |
|---|---|
| *(This page must be completed and filed in every case)* | |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7]  I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition]  I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ George Norman LaBounty, III

**George Norman LaBounty, III**

**X**

Telephone Number (If not represented by attorney)

**06/10/2010**

Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition.  A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**_____

(Signature of Foreign Representative)

_____

(Printed Name of Foreign Representative)

_____

Date

---

**Signature of Attorney***

**X** /s/ Areya Holder

**Areya Holder**       Bar No. **24002303**

**Law Office of Areya Holder, P.C.**
**800 W Airport Freeway, Suite 414**
**Irving, TX 75062**

Phone No. **(972) 438-8800**   Fax No. **(972) 438-8825**

06/10/2010

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.  Official Form 19 is attached.

_____

Printed Name and title, if any, of Bankruptcy Petition Preparer

_____

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)  (Required by 11 U.S.C. § 110.)

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**_____

Signature of Authorized Individual

_____

Printed Name of Authorized Individual

_____

Title of Authorized Individual

_____

Date

Address

**X**_____

_____

Date

Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

**B 1D (Official Form 1, Exhibit D) (12/09)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

In re:   **George Norman LaBounty, III**                          Case No. _____

                                                                                                    (if known)

                   Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.   *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit couseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me.   *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.   *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

In re:   **George Norman LaBounty, III**                    Case No. _____

                                                                                                      (if known)

               Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

*Continuation Sheet No. 1*

☐  4. I am not required to receive a credit counseling briefing because of:     *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

　　　☐  Incapacity.  (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilites.);

　　　☐  Disability.  (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

　　　☐  Active military duty in a military combat zone.

☐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ George Norman LaBounty, III**_____
                                      George Norman LaBounty, III

Date: _____**06/10/2010**_____

Certificate Number: 11546-TXN-CC-011273379



11546-TXN-CC-011273379

# CERTIFICATE OF COUNSELING

I CERTIFY that on June 10, 2010, at 2:33 o'clock PM CDT, George LaBounty received from The Mesquite Group, Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Northern District of Texas, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by telephone.

Date:   June 10, 2010                     By:    /s/Hazel Moreno for Donna Kerington

                                          Name:  Donna Kerington

                                          Title: Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).

B6A (Official Form 6A) (12/07)

In re  **George Norman LaBounty, III**                                    Case No. _____
                                                                                          (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| Home at: 8011 Clark Court, Ovilla, TX 75154 | Homestead | - | $277,930.00 | $237,863.93 |
| | | Total: | **$277,930.00** | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **George Norman LaBounty, III**                          Case No. _____

(if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash on Hand: $50.00 | - | $50.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Chase Bank (checking account): $0.00 | - | $0.00 |
| | | Prosperity Bank (checking account): $50.00 | - | $50.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Living Room: Couch $400.00, Chairs $150.00 Ottoman $50.00, Toshiba 62" Projection TV $100.00, TV Stand $175.00, Lamps $35.00, Hutch $85.00, Misc Furnishings $50.00 | - | $1,045.00 |
| | | Bedroom #1: Sony KDL 40xBR2 Television $225.00, Misc Furnishings $50.00 | - | $275.00 |
| | | Bedroom #2: Bed $200.00, Chest of Drawers $100.00, Vizio VW26L Television $150.00, DVD Player $10.00, Misc Furnishings $50.00 | - | $510.00 |
| | | Bedroom #3: Bed $200.00, Chest of Drawers 100.00, Samsung LNS27380 Television $100.00, Misc Furnishings $50.00 | - | $450.00 |
| | | Study: 2 Barrel Chairs $100.00, Olevia 532-B12 Television $255.00, Books $175.00, Bookshelves $500.00, Library Accent Table $50.00, Computer $100.00, Cannon MF4150 Printer $25.00, Misc Furnishings $50.00 | - | $1,255.00 |
| | | Dining Room: Hutch $350.00, Table & Chairs $275.00, Misc Furnishings $40.00 | - | $665.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **George Norman LaBounty, III**                          Case No. _____

                                                                                  (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Kitchen: 3 Stools $150.00, Small Appliances $75.00, Television $50.00, Refrigerator $275.00, Misc Furnishings $30.00 | - | $580.00 |
| | | Hall: Bookcase $35.00, Church Pew $75.00 | - | $110.00 |
| | | Utility Room: Dryer $35.00, Refrigerator $50.00 | - | $85.00 |
| | | Garage: Lawn Equipment $300.00, Shelves $140.00 | - | $440.00 |
| | | Outdoors: Patio Furniture $125.00, BBQ Grill $40.00 | - | $165.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Vince Young Signed Helmet $200.00, Signed Peter Max Lithograph $200.00, Hundertwasser Silk Screen Art $750.00, Signed Ali Lithograph $250.00, Vince Young Signed Rose Bowl Poster $300.00, 1979 New York Yankees Team Signed Baseball $315.00, Dallas Cowboys Team Signed Football $150.00, Mack Brown Signed Football $120.00, Darrel Royal Signed Football $50.00 | - | $2,335.00 |
| 6. Wearing apparel. | | Clothing, Misc Personal Effects & Accessories $450.00 | - | $450.00 |
| 7. Furs and jewelry. | | Jewelry: Wedding Ring $150.00, Watch $25.00, Costume Jewerly $150.00 | - | $325.00 |
| 8. Firearms and sports, photo- graphic, and other hobby equipment. | | Electronics: Sansumg SCL 530 Digital Camera $50.00, Sony Mavica MVC CD1000 Digital Camera $107.00, Cannon DS126151 Digital Camera $245.00 | - | $402.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Variable Life Insurance Policy with Universal Life Insurance Co.; Face value $250,000.00; cash value $1,634.04 | - | $1,634.04 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **George Norman LaBounty, III**                    Case No. _____

                                                                            (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Debtor holds 67% stock interest in Five Star Plumbing, Inc (a C Corp); assets of the business consist of 1 Office desk $200.00, 10 Computers $800.00 and very little office equip & supplies worth approx $500.00 for total value of $1,500.00 (Debtor's interest = $1,005.00). All business bank accounts are closed. Business ceased operation in December 2009. | - | $1,005.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | | Debtor holds 51% interest in Five Star Mechanical, LP; assets of the business consist of Installation material $1,200.00, 1 Desk $200.00 and 3 Computers $300.00 for total value of $1,700.00 (Debtor's interest = $867.00). All bank accounts are closed; business ceased operation December 2009. | - | $867.00 |
| | | Debtor holds 100% interest in Five Star GP, LLC; a shell company. This business has no assets and ceased operation in December 2009. | - | $0.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **George Norman LaBounty, III**                    Case No. _____

                                                                                  (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **George Norman LaBounty, III**                    Case No. _____

                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2007 Ford Expedition EL (101,000 miles): $24,192.00 | - | $24,192.00 |
| | | 2006 Volvo XC90 (47,573 miles): $19,561.00 | - | $19,561.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | 1 Dog (Princess Abbey): $20.00 | - | $20.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **George Norman LaBounty, III**                                     Case No. _____

                                                                                        (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 5*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

_____5_____ continuation sheets attached          **Total  >** | **$56,471.04**

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/10)

In re  **George Norman LaBounty, III**                                    Case No. _____

                                                                                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐  Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                                      $146,450.*

☐  11 U.S.C. § 522(b)(2)
☒  11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Home at: 8011 Clark Court, Ovilla, TX 75154 | Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002 | $40,066.07 | $277,930.00 |
| Living Room: Couch $400.00, Chairs $150.00 Ottoman $50.00, Toshiba 62" Projection TV $100.00, TV Stand $175.00, Lamps $35.00, Hutch $85.00, Misc Furnishings $50.00 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $1,045.00 | $1,045.00 |
| Bedroom #1: Sony KDL 40xBR2 Television $225.00, Misc Furnishings $50.00 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $275.00 | $275.00 |
| Bedroom #2: Bed $200.00, Chest of Drawers $100.00, Vizio VW26L Television $150.00, DVD Player $10.00, Misc Furnishings $50.00 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $510.00 | $510.00 |
| Bedroom #3: Bed $200.00, Chest of Drawers 100.00, Samsung LNS27380 Television $100.00, Misc Furnishings $50.00 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $450.00 | $450.00 |
| Study: 2 Barrel Chairs $100.00, Olevia 532-B12 Television $255.00, Books $175.00, Bookshelves $500.00, Library Accent Table $50.00, Computer $100.00, Cannon MF4150 Printer $25.00, Misc Furnishings $50.00 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $1,255.00 | $1,255.00 |
| Dining Room: Hutch $350.00, Table & Chairs $275.00, Misc Furnishings $40.00 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $665.00 | $665.00 |
| *Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.* | | **$44,266.07** | **$282,130.00** |

B6C (Official Form 6C) (4/10) -- Cont.

In re  **George Norman LaBounty, III**                                    Case No. _____
                                                                                                   (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Kitchen: 3 Stools $150.00, Small Appliances $75.00, Television $50.00, Refrigerator $275.00, Misc Furnishings $30.00 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $580.00 | $580.00 |
| Hall: Bookcase $35.00, Church Pew $75.00 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $110.00 | $110.00 |
| Utility Room: Dryer $35.00, Refrigerator $50.00 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $85.00 | $85.00 |
| Garage: Lawn Equipment $300.00, Shelves $140.00 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $440.00 | $440.00 |
| Outdoors: Patio Furniture $125.00, BBQ Grill $40.00 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $165.00 | $165.00 |
| Vince Young Signed Helmet $200.00, Signed Peter Max Lithograph $200.00, Hundertwasser Silk Screen Art $750.00, Signed Ali Lithograph $250.00, Vince Young Signed Rose Bowl Poster $300.00, 1979 New York Yankees Team Signed Baseball $315.00, Dallas Cowboys Team Signed Football $150.00, Mack Brown Signed Football $120.00, Darrel Royal Signed Football $50.00 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $2,335.00 | $2,335.00 |
| Clothing, Misc Personal Effects & Accessories $450.00 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(5) | $450.00 | $450.00 |
| Jewelry: Wedding Ring $150.00, Watch $25.00, Costume Jewerly $150.00 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(6) | $325.00 | $325.00 |
| Electronics: Sansumg SCL 530 Digital Camera $50.00, Sony Mavica MVC CD1000 Digital Camera $107.00, Cannon DS126151 Digital Camera $245.00 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $402.00 | $402.00 |
| | | **$49,158.07** | **$287,022.00** |

B6C (Official Form 6C) (4/10) -- Cont.

In re  **George Norman LaBounty, III**                    Case No. _____

                                                                        (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 2*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Variable Life Insurance Policy with Universal Life Insurance Co.; Face value $250,000.00; cash value $1,634.04 | Tex. Ins. Code § 1108.051 | $1,634.04 | $1,634.04 |
| 2007 Ford Expedition EL (101,000 miles): $24,192.00 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(9) | $0.00 | $24,192.00 |
| 2006 Volvo XC90 (47,573 miles): $19,561.00 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(9) | $0.00 | $19,561.00 |
| 1 Dog (Princess Abbey): $20.00 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(11) | $20.00 | $20.00 |
| | | **$50,812.11** | **$332,429.04** |

B6D (Official Form 6D) (12/07)

In re  **George Norman LaBounty, III**                                      Case No. _____

                                                                                                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **xxxx4N-03**<br><br>**Dallas Cotton Belt Employees CU<br>3445 Highland Rd, Suite 110<br>Dallas, TX 75228** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Purchase Money Security Interest**<br>COLLATERAL:<br>**2006 Volvo XC90 (47,573 miles)**<br>REMARKS:<br>**Debtor will retain and pay direct.**<br><br>VALUE: **$19,561.00** | | | | $26,480.00 | $6,919.00 |
| ACCT #: **xxxx4N-04**<br><br>**Dallas Cotton Belt Employees CU<br>3445 Highland Rd, Suite 110<br>Dallas, TX 75228** | X | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Purchase Money Security Interest**<br>COLLATERAL:<br>**2007 Ford Expediton EL (101,531 miles)**<br>REMARKS:<br>**Debtor will retain and pay direct.**<br><br>VALUE: **$24,192.00** | | | | $32,180.37 | $7,988.37 |
| ACCT #: **xxxxxx7655**<br><br>**Wells Fargo Home Mortgage<br>PO Box  14411<br>Des Moines, IA 50306-3411** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Deed of Trust**<br>COLLATERAL:<br>**Home at: 8011 Clark Court, Ovilla, TX 75154**<br>REMARKS:<br>**Debtor will retain and pay direct.**<br><br>VALUE: **$277,930.00** | | | | $237,863.93 | |
| | | | Subtotal (Total of this Page) > | | | | $296,524.30 | $14,907.37 |
| | | | Total (Use only on last page) > | | | | $296,524.30 | $14,907.37 |

_____**No**_____continuation sheets attached

|  |  |  |
|---|---|---|
|  | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (04/10)

In re  **George Norman LaBounty, III**                      Case No. _____
                                                                    (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____1_____continuation sheets attached

B6E (Official Form 6E) (04/10) - Cont.

In re **George Norman LaBounty, III**
Case No. _____
(If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #: **xx-xxx8672** <br><br> **Internal Revenue Service** <br> **Centralized Insolvency Operations** <br> **PO Box 21126** <br> **Philadelphia, PA 19114-0326** | X | - | DATE INCURRED: <br> CONSIDERATION: <br> **Trust Fund Taxes** <br> REMARKS: <br> **Trust fund taxes for Five Star Plumbing, Inc.** | | | | $1,208,653.10 | $1,208,653.10 | $0.00 |
| ACCT #: **xx-xxx3052** <br><br> **Internal Revenue Service** <br> **Centralized Insolvency Operations** <br> **PO Box 21126** <br> **Philadelphia, PA 19114-0326** | X | - | DATE INCURRED: <br> CONSIDERATION: <br> **Trust Fund Taxes** <br> REMARKS: <br> **Five Star Mechanical, LP** | | | | $448,843.22 | $448,843.22 | $0.00 |
| ACCT #: **xx-xxx501-3** <br><br> **Texas Workforce Commission** <br> **101 East 15th Street** <br> **Austin, TX 78714-9080** | X | - | DATE INCURRED: <br> CONSIDERATION: <br> **2009 Taxes** <br> REMARKS: | | | | $5,044.62 | $5,044.62 | $0.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. \_\_\_\_1\_\_\_\_ of \_\_\_\_1\_\_\_\_ continuation sheets attached to Schedule of Creditors Holding Priority Claims | Subtotals (Totals of this page) > | $1,662,540.94 | $1,662,540.94 | $0.00 |

| | | |
|---|---|---|
| | Total > <br> (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $1,662,540.94 | | |

| | | |
|---|---|---|
| | Totals > <br> (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $1,662,540.94 | $0.00 |

B6F (Official Form 6F) (12/07)

In re   **George Norman LaBounty, III**                    Case No. _____

                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**4/Way Investments, Inc.**<br>**1229 E. Pleasant Run Rd, Suite 132**<br>**DeSoto, TX 75115** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Prior Business Lease**<br>REMARKS:<br>**Prior business lease partially offset by landlord** | | | | **$7,500.00** |
| ACCT #:<br>**Aces A/C Supply North**<br>**PO Box 117206**<br>**Carrollton, TX 75011-7206** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | **$3,331.82** |
| ACCT #:<br>**Act Pipe & Supply**<br>**c/o NACM of South Texas**<br>**PO Box 721348**<br>**Houston, TX 77272-1348** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | **$375.22** |
| ACCT #:<br>**Adam Martinez, Sr.**<br>**for the Estate of Adam Martinez, Jr.**<br>**c/o Law Offices of Zimmerman et al**<br>**3501 W. Waco Drive**<br>**Waco, TX 76710** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Contingent Liability**<br>REMARKS:<br>**Lawsuit filed against business for negligent hiring, supervision, training, and retension** | X | | | **$0.00** |
| **Representing:**<br>**Adam Martinez, Sr.** | | | **Law Offices of Zimmerman, Zimmerman,**<br>** Cotner, Lejeune & Villarrial**<br>**3501 West Waco Dr.**<br>**Waco, TX 76710** | | | | **Notice Only** |
| ACCT #:<br>**ADT Security Services**<br>**PO Box 371956**<br>**Pittsburg, PA 15250-7956** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS:<br>**Security monitoring services** | | | | **$356.29** |

|  | Subtotal > | **$11,563.33** |
|---|---|---|

____24____continuation sheets attached

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **George Norman LaBounty, III**                              Case No. _____

                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Advance Air Systems**<br>PO Box 26987<br>Fort Worth, TX 76126 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | **$900.00** |
| ACCT #:<br>**All-Tex Pipe and Supply**<br>PO Box 911854<br>Dallas, TX 75391-1854 | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS:<br>**Citation no. CC-09-06597-B** | | | | **$31,830.46** |
| **Representing:**<br>**All-Tex Pipe and Supply** | | | **Adair, Morris & Osborn, P.C.**<br>**325 N. St. Paul Street, Suite 4100**<br>**Dallas, TX 75201** | | | | **Notice Only** |
| ACCT #:<br>**Allenaire Service Company**<br>PO Box 598<br>Lancaster, TX 75146-0598 | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | **$318.26** |
| ACCT #:<br>**Ambit Energy**<br>PO Box 660462<br>Dallas, TX 75246 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Utility Expense**<br>REMARKS: | | | | **$309.84** |
| ACCT #:  **xxxxxx7116**<br>**Amegy Bank of Texas**<br>6310 Lemmon Ave, Suite 100<br>Dallas, TX 75209 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Overdraft fees and charges**<br>REMARKS: | | | | **$3,903.96** |

Sheet no. _____1_____ of _____24_____ continuation sheets attached to             **Subtotal >**              **$37,262.52**

Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                **Total >**
                                    **(Use only on last page of the completed Schedule F.)**
                                **(Report also on Summary of Schedules and, if applicable, on the**
                                    **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **George Norman LaBounty, III**                    Case No. _____

                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxx-xxxxxx-x3173**<br>**American Express**<br>**PO Box 981540**<br>**El Paso, TX 79998-1540** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $877.00 |
| ACCT #: **xxxx-xxxxxx-x1009**<br>**American Express Centurion Bank**<br>**PO Box 981540**<br>**El Paso, TX 79998-1540** | | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS:<br>**credit report reference #3499912797667373**<br>**Lawsuit filed - cause no. CC-09-08207-A** | | | | $55,000.00 |
| **Representing:**<br>**American Express Centurion Bank** | | | **Donald D. Degrasse**<br>**Degrasse & Rolnick**<br>**6363 Woodway, Suite 975**<br>**Houston, TX 77057** | | | | **Notice Only** |
| ACCT #: **xxxx6432**<br>**American Funds**<br>**Attn: Finance and Accounting**<br>**PO Box 659530**<br>**San Antonio, TX 78265-9530** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Fees for processing 401k transactions**<br>REMARKS: | | | | $250.00 |
| ACCT #: **xxxxx-xxxx70-00**<br>**American Safety Claims**<br>**100 Galleria Parkway SE, Suite 700**<br>**Atlanta, GA 30339** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | $5,000.00 |
| ACCT #:<br>**ARC Services**<br>**PO Box 845**<br>**Alvarado, TX 76009** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | $10,503.47 |

Sheet no. ___**2**___ of ___**24**___ continuation sheets attached to                                **Subtotal >** | $71,630.47
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **George Norman LaBounty, III**                                     Case No. _____
                                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Area Excavation &Utility Contractors Inc**<br>**PO Box 723**<br>**Mansfield, TX 76063** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | $4,319.00 |
| ACCT #:<br>**Arlington Winnelson**<br>**1811 Peyco Dr.**<br>**N. Arlington, TX 76001** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | $1,443.70 |
| ACCT #:<br>**Artic Air**<br>**PO Box 5577**<br>**Lubbock, TX 79408** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | $422.31 |
| ACCT #:  **xxx7310**<br>**Aspen Air, Inc.**<br>**PO Box 2411**<br>**Harker Heights, TX 76548** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | $303.10 |
| ACCT #:<br>**AT&T**<br>**208 South Akard St. #110**<br>**Dallas, TX 75202** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Utility Expense**<br>REMARKS: | | | | $342.60 |
| ACCT #:  **x8672**<br>**Atmos Energy**<br>**PO Box 841425**<br>**Dallas, TX 75284-1425** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Utility Expense**<br>REMARKS: | | | | $240.12 |

Sheet no. _____3_____ of _____24_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**   $7,070.83

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **George Norman LaBounty, III**                                Case No. _____
                                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Bartos**<br>**10350 Olympic Dr.**<br>**Dallas, TX 75220** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | $19,540.37 |
| ACCT #:<br>**Blanco Sand & Gravel**<br>**933 Garnet Cove**<br>**Oak Point, TX 75068** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | $130.00 |
| ACCT #:<br>**Bobby Harper**<br>**8228 Marianna Way**<br>**Alvarado, TX 76009** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Employee**<br>REMARKS: | | | | $500.00 |
| ACCT #:<br>**Brackett & Ellis**<br>**100 Main St.**<br>**Fort Worth, TX 76102** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Legal Fees**<br>REMARKS: | | | | $5,547.40 |
| ACCT #:<br>**Briggs Equipment**<br>**10540 N. Stemmons Freeway**<br>**Dallas, TX 75220** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | $11,122.21 |
| ACCT #:<br>**Bron Tapes of Texas LLC**<br>**3510 Dalworth Street**<br>**Arlington, TX 76011** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | $830.69 |

Sheet no. ____4____ of ____24____ continuation sheets attached to                     **Subtotal >**          $37,670.67
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                          **Total >**
                                                       **(Use only on last page of the completed Schedule F.)**
                                              **(Report also on Summary of Schedules and, if applicable, on the**
                                                **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **George Norman LaBounty, III**                    Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxx-xxxx-xxxx-5089**<br>**Capital One**<br>**Attn: General Correspondence**<br>**PO Box 30285**<br>**Salt Lake City, UT 84130-0285** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$3,406.55** |
| ACCT #:  **xxxx-xxxx-xxxx-2287**<br>**Capital One**<br>**Attn: General Correspondence**<br>**PO Box 30285**<br>**Salt Lake City, UT 84130-0285** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$2,355.23** |
| ACCT #:<br>**CBeyond Communications**<br>**PO Box 848432**<br>**Dallas, TX 75284-8432** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | **$8,501.80** |
| ACCT #:  **xxx5088**<br>**Central Mutual Insurance Companies**<br>**PO Box 353**<br>**Van West, OH 45891** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS:<br>**Lawsuit filed - cause no. DC-0906672** | | | | **$12,000.00** |
| **Representing:**<br>**Central Mutual Insurance Companies** | | | **Jameson and Dunagan, P.C.**<br>**Matthew C. Jameson, Attorney**<br>**3890 W. Northwest Hwy, Suite 550**<br>**Dallas, TX 75220** | | | | **Notice Only** |
| ACCT #:<br>**Charles Pest Control**<br>**c/o KD Factors & Financial Serv LLC**<br>**PO Box 699**<br>**Grapevine, TX 76099** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | **$108.25** |

Sheet no. _____5_____ of _____24_____ continuation sheets attached to       **Subtotal >** | **$26,371.83**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **George Norman LaBounty, III**                  Case No. _____

                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxx-xxxx-xxxx-5000**<br>**Chase Cardmember Service**<br>**800 Brooksedge Blvd.**<br>**Westerville, OH 43081** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$17,639.00** |
| ACCT #:  **xxx8945**<br>**Checkvelocity**<br>**PO Box 331067**<br>**Nashville, TN 37203** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unknown Debt**<br>REMARKS: | | | | **$105.00** |
| ACCT #:  **xxx-xxxxxx9-000**<br>**Chrysler Financial 44349**<br>**Business Vehicle Finance**<br>**PO Box 9001888**<br>**Louisville, KY 40290-1888** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Repo Deficiency**<br>REMARKS: | | | | **$2,104.07** |
| ACCT #:<br>**Chrysler Financial BVF 15937**<br>**PO Box 3288**<br>**Milwaukee, WI 53201-3288** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Repo Deficiency**<br>REMARKS: | | | | **$895.95** |
| ACCT #:<br>**Chrysler Financial BVF 24002**<br>**PO Box 9001888**<br>**Louisville, KY 40290-1888** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Repo Deficiency**<br>REMARKS: | | | | **$2,319.13** |
| ACCT #:<br>**Chrysler Financial BVF 24134**<br>**PO Box 9001888**<br>**Louisville, KY 40290-1888** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Repo Deficiency**<br>REMARKS: | | | | **$1,582.94** |

Sheet no. ____**6**____ of ____**24**____ continuation sheets attached to          **Subtotal >**          **$24,646.09**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                    **Total >**
                              **(Use only on last page of the completed Schedule F.)**
                              **(Report also on Summary of Schedules and, if applicable, on the**
                              **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **George Norman LaBounty, III**                          Case No. _____

                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxx-xxxxxx6-000**<br>**Chrysler Financial BVF 34916**<br>**Business Vehicle Finance**<br>**PO Box 3288**<br>**Milwaukee, WI 53201-3288** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Repo Deficiency**<br>REMARKS: | | | | $2,368.74 |
| ACCT #:<br>**Cintas**<br>**PO Box 210037**<br>**Dallas, TX 75211** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | $1,786.31 |
| ACCT #:  **xxxx-xxxx-xxxx-3670**<br>**Citi Bank**<br>**701 E. 60th Street**<br>**Sioux Falls, SD 57104** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $2,910.00 |
| ACCT #:  **xxxxxxxxxxxx4640**<br>**City of DeSoto**<br>**211 E. Pleasant Run Rd**<br>**DeSoto, TX 75115** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business Property taxes**<br>REMARKS:<br>**Taxes on office equipment and fixtures for business** | | | | $1,502.42 |
| ACCT #:  **xxx-xx0149**<br>**Collin County Winnelson**<br>**1104 Capital Ave, Suite 200**<br>**Plano, TX 75074** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | $164,980.00 |
| ACCT #:<br>**Control Systems Consultants, Inc**<br>**PO Box 1688**<br>**Terrell, TX 75160** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | $363.95 |

Sheet no. ____7____ of ____24____ continuation sheets attached to            **Subtotal >**   |   $173,911.42
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                    **Total >**
                                    **(Use only on last page of the completed Schedule F.)**
                                    **(Report also on Summary of Schedules and, if applicable, on the**
                                     **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **George Norman LaBounty, III**                                    Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**CPI Office Products**<br>**PO Box 59109**<br>**Dallas, TX 75229** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | **$1,465.84** |
| ACCT #:  **xxxx40-05**<br>**Dallas Cotton Belt Employees CU**<br>**3445 Highland Rd, Suite 110**<br>**Dallas, TX 75228** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Cross-collateralized Loan**<br>REMARKS: | | | | **$15,642.00** |
| ACCT #:  **xxxxxxxxxxxx4640**<br>**Dallas County Tax Office**<br>**John R. Ames, Tax Assessor/Collector**<br>**Records Building - 1st Floor**<br>**500 Elm Street**<br>**Dallas, TX 75202** | X | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Property taxes**<br>REMARKS:<br>**Taxes on office equipment and fixtures for Business** | | | | **$3,748.15** |
| ACCT #:<br>**Dallas County Tax Office**<br>**John R. Ames, Tax Assessor/Collector**<br>**PO Box 139033**<br>**Dallas, TX 75313-9033** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Other notification address** | | | | **Notice Only** |
| ACCT #:<br>**Dallas County/District Attorney**<br>**Check Division**<br>**133 N. Industrial Blvd, LB 19**<br>**Dallas, TX 75207-4399** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Insufficient Check**<br>REMARKS: | | | | **$2,837.44** |
| ACCT #:<br>**Daniel Rangel**<br>**1608 Culberson Dr.**<br>**Mesquite, TX 75150** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**SubContractor**<br>REMARKS: | | | | **$1,445.00** |

Sheet no. _____**8**_____ of _____**24**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    **$25,138.43**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **George Norman LaBounty, III**                          Case No. _____

                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **016**<br>**Dell Financial Services**<br>**c/o Recievable Management Svcs**<br>**4836 Brecksville Rd.**<br>**Richfield, OH 44286** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | $1,630.56 |
| ACCT #:  **018**<br>**Dell Financial Services**<br>**Payment Processing Center**<br>**4307 Collection Center Dr.**<br>**Chicago, IL 60693** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | $492.32 |
| ACCT #:<br>**DeSoto Tax Collector**<br>**210 E. Belt Line Rd.**<br>**Greenville, TX 75402** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Government ?**<br>REMARKS: | | | | $1,009.70 |
| ACCT #:<br>**Dominquez Sheet Metal**<br>**3128 Alameda**<br>**El Paso, TX 79905** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | $80.27 |
| ACCT #:  **x2830**<br>**Duct Direct**<br>**8610 Wallisville Rd.**<br>**Houston, TX 77029** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | $1,928.00 |
| ACCT #:<br>**Ferguson Enterprises, Inc.**<br>**2683 W. Euless Blvd.**<br>**Euless, TX 76040** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | $4,620.24 |

Sheet no. ____9____ of ____24____ continuation sheets attached to                                    **Subtotal >**                         $9,761.09

Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                    **Total >**
                                                    **(Use only on last page of the completed Schedule F.)**
                                                    **(Report also on Summary of Schedules and, if applicable, on the**
                                                    **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **George Norman LaBounty, III**                     Case No. _____

                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxVES-1**<br>**First Texas Insurance**<br>**700 Highlander, Suite 350**<br>**Arlington, TX 76015** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Insurance premiums**<br>REMARKS: | | | | **$100.00** |
| ACCT #:  **xxxxx7385**<br>**Ford Motor Credit**<br>**PO Box Box 650575**<br>**Dallas, TX 75265-0575** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Repo Deficiency**<br>REMARKS: | | | | **$1,786.90** |
| ACCT #:  **xxxxxxxxxxxxxx7522**<br>**Ford Motor Credit**<br>**PO Box Box 650575**<br>**Dallas, TX 75265-0575** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Repo Deficiency**<br>REMARKS: | | | | **$5,548.96** |
| ACCT #:  **xxxxxxxxxxxxxxx6378**<br>**Ford Motor Credit**<br>**PO Box Box 650575**<br>**Dallas, TX 75265-0575** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Repo Deficiency**<br>REMARKS: | | | | **$2,486.64** |
| ACCT #:  **xxxxxxxxxxxxxxxx6293**<br>**Ford Motor Credit**<br>**PO Box Box 650575**<br>**Dallas, TX 75265-0575** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Repo Deficiency**<br>REMARKS: | | | | **$1,767.35** |
| ACCT #:<br>**Fort Worth Winnelson**<br>**5105 A Commercial Blvd.**<br>**Fort Worth, TX 76180** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | **$150,000.00** |

Sheet no. ____**10**____ of ____**24**____ continuation sheets attached to                     **Subtotal >**         **$161,689.85**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                              **Total >**
                                                    **(Use only on last page of the completed Schedule F.)**
                                                    **(Report also on Summary of Schedules and, if applicable, on the**
                                                    **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **George Norman LaBounty, III**                     Case No. _____
                                                                      (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**G & R Backhoe Services**<br>**Gordan K. Rohrbacker**<br>**PO Box 313**<br>**Scurry, TX 75158** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | **$1,630.00** |
| ACCT #:<br>**Gemaire Distributors, LLC**<br>**PO Box 848401**<br>**Dallas, TX 75284-8401** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS:<br>**Lawsuit filed - cause no. JC1000104L** | | | | **$9,853.03** |
| **Representing:**<br>**Gemaire Distributors, LLC** | | | **Jameson and Dunagan, P.C.**<br>**Matthew C. Jameson, Attorney**<br>**3890 W. Northwest Hwy, Suite 550**<br>**Dallas, TX 75220** | | | | **Notice Only** |
| ACCT #:   **xxx-xxxx-x7305**<br>**GMAC**<br>**PO Box 380901**<br>**Bloomington, MN 55438-0901** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Repo Deficiency**<br>REMARKS: | | | | **$9,370.88** |
| ACCT #:   **xxx-xxxx-x9296**<br>**GMAC**<br>**PO Box 380901**<br>**Bloomington, MN 55438-0901** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Repo Deficiency**<br>REMARKS: | | | | **$10,349.41** |
| ACCT #:<br>**Goodman Air Conditioning & Heating**<br>**PO Box 201652**<br>**Houston, TX 77216-1652** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | **$2,635.05** |

Sheet no. _____**11**_____ of _____**24**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  | **$33,838.37**

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **George Norman LaBounty, III**          Case No. _____

                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Goodman Supply Company**<br>**PO Box 549**<br>**Frisco, TX 75034** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | **$5,962.81** |
| ACCT #:<br>**Greenville Supply Company, Inc.**<br>**PO Box 431**<br>**Greenville, TX 75403-0431** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | **$2,677.22** |
| ACCT #:<br>**Hanson Pipe & Precast, Inc.**<br>**PO Box 730477**<br>**Dallas, TX 75373-0477** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | **$10,888.41** |
| ACCT #:<br>**Harbor Freight Tolls**<br>**3491 Mission Oaks Blvd**<br>**Camarillo, CA 93012-5034** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Other mailing address** | | | | **Notice Only** |
| ACCT #:<br>**Harbor Freight Tools**<br>**PO Box 6010**<br>**Camarillo, CA 93011-6010** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | **$291.18** |
| ACCT #:<br>**HD Supply Waterworks**<br>**PO Box 840700**<br>**Dallas, TX 75294-0700** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | **$1,761.58** |

Sheet no. ____**12**____ of ____**24**____ continuation sheets attached to          **Subtotal >** | **$21,581.20**

Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                **Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **George Norman LaBounty, III**                    Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Home Depot Credit Services**<br>**PO Box 6029**<br>**The Lakes, NV 88901-6029** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | $6,143.31 |
| ACCT #:<br>**HVAC Systems Balancing Interest, Inc**<br>**1620 S. Friendswood Dr., PMB 176**<br>**Friendswood, TX 77546** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | $1,250.00 |
| ACCT #:<br>**Imperial A.I. Credit**<br>**2777 Allen Parkway, Suite 1130**<br>**Houston, TX 77019** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | $12,824.63 |
| ACCT #:<br>**J&S Mechanical**<br>**PO Box 920625**<br>**Houston, TX 77292** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | $741.04 |
| ACCT #:<br>**Jahns Supply Company**<br>**2532 Cullen Street**<br>**Fort Worth, TX 76107** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | $63.19 |
| ACCT #:<br>**Johnson Controls, Inc.**<br>**3021 West Bend Drive**<br>**Irving, TX 75063** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | $36,002.75 |

Sheet no. ___**13**___ of ___**24**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**                    $57,024.92

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **George Norman LaBounty, III**                    Case No. _____

                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Johnson Supply<br>1401 Valwood Pkwy<br>Carrollton, TX 75006** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | $11,468.00 |
| ACCT #:<br>**Jose Rangel<br>1010 Creighton Ct.<br>Mesquite, TX 75150** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**SubContractor**<br>REMARKS: | | | | $4,029.25 |
| ACCT #:<br>**Juan I. Rangel<br>2009 Laramie Dr.<br>Mesquite, TX 75149** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**SubContractor**<br>REMARKS: | | | | $4,057.75 |
| ACCT #:<br>**Juan J. Salas<br>413 Edwards Dr.<br>Saginaw, TX 76179** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**1040 Taxes**<br>REMARKS: | | | | $1,120.00 |
| ACCT #:<br>**July Business Services<br>PO Box 2208<br>Waco, TX 76703** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Service Fees for handling 401k transactions**<br>REMARKS: | | | | $3,945.00 |
| ACCT #:<br>**Kirkland Crane & Rigging, Inc.<br>889 IH 45 S<br>Hunstville, TX 77340** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | $742.00 |

Sheet no. ____14____ of ____24____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                        **Subtotal >**          $25,362.00

                                                        **Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **George Norman LaBounty, III**                    Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Labor Ready Central, Inc.**<br>**PO Box 676412**<br>**Dallas, TX 75267-6412** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | **$3,064.41** |
| ACCT #:<br>**Lennox**<br>**PO Box 910549**<br>**Dallas, TX 75391** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | **$25,898.81** |
| ACCT #:<br>**Les Gray & Co., Inc.**<br>**1800 Commerce Street**<br>**Garland, TX 75040** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | **$1,059.77** |
| ACCT #:<br>**M & M Manufacturing Co.**<br>**Dept D8035**<br>**PO Box 65002**<br>**Dallas, TX 75265-0002** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | **$21,497.28** |
| ACCT #:<br>**Maxwell Wholesale Plumbing-Cedar Hill**<br>**1113 N. Hwy 67**<br>**Cedar Hill, TX 75104** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS:<br>**Lawsuit filed - cause no. DC-09-15159-H** | | | | **$1,580,000.00** |
| **Representing:**<br>**Maxwell Wholesale Plumbing-Cedar Hill** | | | **Jenkins & Babb, LLP**<br>**2727 LBJ Freeway, Suite 900**<br>**Dallas, TX 75234** | | | | **Notice Only** |

Sheet no. ____**15**____ of ____**24**____ continuation sheets attached to                                   **Subtotal >**         **$1,631,520.27**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                **Total >**
                                                             **(Use only on last page of the completed Schedule F.)**
                                                             **(Report also on Summary of Schedules and, if applicable, on the**
                                                             **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **George Norman LaBounty, III**                     Case No. _____

                                                                                              (if known)


## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Merit Insurance**<br>**AICCO, Inc**<br>**PO Box 200455**<br>**Dallas, TX 75320-0455** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Insurance for business**<br>REMARKS:<br>**General liability, workers comp and auto insurance for business.** | | | | $68,538.61 |
| ACCT #:<br>**Mesch & McBride, P.C.**<br>**Museum Place, Suite 330**<br>**3100 W. 7th Street**<br>**Fort Worth, TX 76107** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Accounting Services**<br>REMARKS: | | | | $11,045.00 |
| ACCT #:<br>**MetLife Small Business Center**<br>**PO Box 804466**<br>**Kansas City, MO 64180-4466** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Insurance**<br>REMARKS: | | | | $2,362.50 |
| ACCT #:<br>**Mobil Lube Express**<br>**1921 N. Hampton**<br>**DeSoto, TX 75115** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | $882.42 |
| ACCT #:   **xxxx0627**<br>**Mobile Mini Inc.**<br>**7420 S. Kyrene Rd., Suite 101**<br>**Tempe, AZ 85283** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | $1,005.22 |
| ACCT #:<br>**Moore Supply**<br>**PO Box 448**<br>**Conroe, TX 77305** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | $1,513,826.46 |

Sheet no. ____**16**____ of ____**24**____ continuation sheets attached to                                              **Subtotal >**        | $1,597,660.21 |
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                                     **Total >**
                                                                    **(Use only on last page of the completed Schedule F.)**
                                                             **(Report also on Summary of Schedules and, if applicable, on the**
                                                              **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **George Norman LaBounty, III**                    Case No. _____

                                                                                                (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Morrison Supply**<br>**PO Box 70**<br>**Fort Worth, TX 76101** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | **$75,000.00** |
| ACCT #:  **xx-xxx3742**<br>**Municipal Water Works Supply**<br>**PO Box 2220**<br>**Owasso, OK 74055** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | **$156.68** |
| ACCT #:<br>**Nation Brothers Company**<br>**1404 Briarwood Blvd**<br>**Arlington, TX 76013** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | **$1,513.45** |
| ACCT #:<br>**NMHG Financial Services, Inc.**<br>**44 Old Ridgebury Rd.**<br>**Danbury, CT 06810** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | **$399.75** |
| ACCT #:<br>**North McKinney Winnelson Co.**<br>**2030 McKinney Street**<br>**Melissa, TX 75454-9732** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS:<br>**Citation no. DC-09-02837** | | | | **$152,292.21** |
| **Representing:**<br>**North McKinney Winnelson Co.** | | | **Coats, Rose, Yale, Ryman & Lee, P.C.**<br>**1717 W. 6th Street, Suite 420**<br>**Austin, TX 78703** | | | | **Notice Only** |

Sheet no. ____17____ of ____24____ continuation sheets attached to             **Subtotal >**        $229,362.09
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                    **Total >**
                                                                    **(Use only on last page of the completed Schedule F.)**
                                                                    **(Report also on Summary of Schedules and, if applicable, on the**
                                                                    **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **George Norman LaBounty, III**                          Case No. _____
                                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xx xxx4945**<br>**North Texas Tollway Authority**<br>**PO Box 260928**<br>**Plano, TX 75026-0928** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Toll Expenses**<br>REMARKS: | | | | **$500.00** |
| ACCT #:<br>**Nueces Power Equipment**<br>**PO Box 4789**<br>**Corpus Christi, TX 78469** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | **$2,450.57** |
| ACCT #:<br>**Office Depot/Business 6121**<br>**PO Box 70025**<br>**Los Angeles, CA 90074-0025** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | **$2,279.45** |
| ACCT #:<br>**Ohio Casualty Group**<br>**PO Box 5001**<br>**Hamilton, OH 45012-5001** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Insurance**<br>REMARKS: | | | | **$11,480.15** |
| ACCT #:<br>**Penhall Company**<br>**Dept 2911**<br>**Los Angeles, CA 90084-2911** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | **$1,904.88** |
| ACCT #:<br>**Pioneer Rentals**<br>**4637 W. University**<br>**Denton, TX 76207** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | **$14,490.93** |

Sheet no. ____**18**____ of ____**24**____ continuation sheets attached to                                    **Subtotal >**                **$33,105.98**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                                        **Total >**
                                                                         **(Use only on last page of the completed Schedule F.)**
                                                                     **(Report also on Summary of Schedules and, if applicable, on the**
                                                                        **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **George Norman LaBounty, III**                    Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxxxxxxx6877**<br>**Pitney Bowes/Purchase Power**<br>**PO Box 856042**<br>**Louisville, KY 40285-6042** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | $2,761.12 |
| ACCT #:<br>**Plano Plumbing Supplies**<br>**1305 Capital Avenue**<br>**Plano, TX 75074** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | $1,753.37 |
| ACCT #:<br>**Powell Protection Services**<br>**PO Box 117566**<br>**Carrollton, TX 75011-7566** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | $450.00 |
| ACCT #:<br>**Powell Protection Systems**<br>**2629 Dickerson Pkwy, Suite 100**<br>**Carrollton, TX 75007** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Security Services**<br>REMARKS: | | | | $440.00 |
| ACCT #:<br>**Priority Couriers, L.L.C.**<br>**2772 W. Commerce Street**<br>**Dallas, TX 75212** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | $812.26 |
| ACCT #:<br>**QuestCorp Media Group, Inc.**<br>**885 E. Collins Blvd., Suite 102**<br>**Richardson, TX 75081** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | $2,700.00 |

Sheet no. ____**19**____ of ____**24**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**   $8,916.75

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **George Norman LaBounty, III**                     Case No. _____
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**R2 Fabrication**<br>**804 Blue Mound Rd.**<br>**Fort Worth, TX 76131** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | **$57,805.45** |
| ACCT #:<br>**Ramada El Paso**<br>**8250 Gateway Blvd East**<br>**El Paso, TX 79907**<br>**Horsham, PA 19044** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | **$12,281.32** |
| ACCT #:  **x-xxxx-xxx6681**<br>**Republic Services**<br>**1450 E. Cleveland Rd.**<br>**Hutchins, TX 75141** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | **$391.86** |
| ACCT #:<br>**Rosaura Martinez**<br>**for the Estate of Adam Martinez, Jr.**<br>**c/o Law Offices of Zimmerman et al**<br>**3501 W. Waco Drive**<br>**Waco, TX 76710** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Contingent Liability**<br>REMARKS:<br>**Lawsuit filed against business for negligent hiring, supervision, training, and retension** | X | | | **$0.00** |
| **Representing:**<br>**Rosaura Martinez** | | | **Law Offices of Zimmerman, Zimmerman,**<br>**Cotner, Lejeune & Villarrial**<br>**3501 West Waco Dr.**<br>**Waco, TX 76710** | | | | **Notice Only** |
| ACCT #:<br>**Scott McCroskey Excavation**<br>**PO Box 137**<br>**Allen, TX 75013** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**SubContractor**<br>REMARKS: | | | | **$1,834.82** |

Sheet no. ____**20**____ of ____**24**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**  **$72,313.45**

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **George Norman LaBounty, III**                      Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Shell Oil**<br>**PO Box 9010**<br>**Des Moines, IA 50368-9010** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | $917.67 |
| ACCT #:<br>**Sprint Mobil Phones**<br>**PO Box 4181**<br>**Carol Stream, IL 60197-4181** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | $10,976.00 |
| ACCT #:<br>**Sprint Wireless Network**<br>**PO Box 660092**<br>**Dallas, TX 75266-0092** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | $6,950.63 |
| ACCT #:   **xxxxxx, xx5943**<br>**Standard Supply Plumbing**<br>**1431 Regal Row**<br>**Dallas, TX 75247** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | $3,832.68 |
| ACCT #:<br>**Stanford Trucking**<br>**PO Box 1403**<br>**Frisco, TX 75034** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | $3,350.00 |
| ACCT #:   **xx6027**<br>**Stewart Engineering**<br>**3221 E. Pioneer Pkwy**<br>**Arlington, TX 76010** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | $974.60 |

Sheet no. ____21_____ of _____24_____ continuation sheets attached to          **Subtotal >**          $27,001.58

Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**

**(Use only on last page of the completed Schedule F.)**

**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **George Norman LaBounty, III**                             Case No. _____

                                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: <br> **Sun City Winnelson Co.** <br> **7231 Brogan** <br> **El Paso, TX 79915** | X | - | DATE INCURRED: <br> CONSIDERATION: <br> **Line of Credit** <br> REMARKS: | | | | **$40,000.00** |
| ACCT #: <br> **Sunbelt Rentals** <br> **PO Box 409211** <br> **Atlanta, GA 30384-9211** | X | - | DATE INCURRED: <br> CONSIDERATION: <br> **Line of Credit** <br> REMARKS: | | | | **$44,641.42** |
| ACCT #: <br> **Sunstate Equipment Co.** <br> **PO Box 52581** <br> **Phoenix, AZ 85072-2581** | X | - | DATE INCURRED: <br> CONSIDERATION: <br> **Line of Credit** <br> REMARKS: | | | | **$3,159.47** |
| ACCT #: <br> **Texas Tollways** <br> **12719 Burnet Road** <br> **Austin, TX 78727-4206** | X | - | DATE INCURRED: <br> CONSIDERATION: <br> **Toll Expense** <br> REMARKS: | | | | **$45.00** |
| ACCT #: <br> **The Graphic Source** <br> **7870 Clark Court** <br> **Ovilla, TX 75154** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Line of Credit** <br> REMARKS: | | | | **$186.67** |
| ACCT #: <br> **Trane** <br> **American Standard** <br> **PO Box 848343** <br> **Dallas, TX 75284-8343** | X | - | DATE INCURRED: <br> CONSIDERATION: <br> **Line of Credit** <br> REMARKS: | | | | **$20,409.87** |

Sheet no. _____**22**_____ of _____**24**_____ continuation sheets attached to                                    **Subtotal >** | **$108,442.43**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                    **Total >**
                                                                     **(Use only on last page of the completed Schedule F.)**
                                                                     **(Report also on Summary of Schedules and, if applicable, on the**
                                                                     **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **George Norman LaBounty, III**                                    Case No. _____

                                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: <br> **Tri-Star Pipe Inspection** <br> **PO Box 172015** <br> **Arlington, TX 76003-2015** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Line of Credit** <br> REMARKS: | | | | $375.00 |
| ACCT #: <br> **Trumble Crane & Rigging** <br> **  Diversified Lenders, Inc.** <br> **PO Box 94661** <br> **Lubbock, TX 79493** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Line of Credit** <br> REMARKS: | | | | $1,606.00 |
| ACCT #: **xxxxxxxxxxxx; xxxxxxx8976** <br> **TXU Energy** <br> **PO Box 650638** <br> **Dallas, TX 75265-0638** | X | - | DATE INCURRED: <br> CONSIDERATION: <br> **Utility Expense** <br> REMARKS: | | | | $6,765.66 |
| ACCT #: **xx3806** <br> **United Health Care of Texas, Inc.** <br> **Department CH 10151** <br> **Palatine, IL 60055-0151** | X | - | DATE INCURRED: <br> CONSIDERATION: <br> **Insurance** <br> REMARKS: | | | | $30,734.12 |
| ACCT #: <br> **United Rentals** <br> **PO Box 846394** <br> **Dallas, TX 75284-6394** | X | - | DATE INCURRED: <br> CONSIDERATION: <br> **Line of Credit** <br> REMARKS: | | | | $61,829.30 |
| ACCT #: **xxxx-xxxx-xxxx-9578** <br> **USAA Mastercard** <br> **PO Box 65020** <br> **San Antonio, TX 78265-5020** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Credit Card** <br> REMARKS: | | | | $1,584.18 |

Sheet no. ____23____ of ____24____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $102,894.26

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **George Norman LaBounty, III**                              Case No. _____

                                                                              (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Vasq Sheet Metal**<br>**2042 Sheriff Drive**<br>**Grand Prairie, TX 75051** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | $60,000.00 |
| ACCT #:  **4679**<br>**Winston Water Cooler, Ltd**<br>**5014 Mark IV Pkwy**<br>**Fort Worth, TX 76106** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | $45.82 |
| ACCT #:<br>**WinWholesale Credit Services**<br>**PO Box 530957**<br>**Atlanta, GA 30353-0957** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | $441,792.43 |
| ACCT #:<br>**X-Cell Construction, LLC**<br>**4136 Long Meadow Way**<br>**Fort Worth, TX 76133** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | $4,260.00 |
| | | | | | | | |
| | | | | | | | |

Sheet no. _____24_____ of _____24_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal > | $506,098.25 |
|---|---|---|
|  | **Total >** | $5,041,838.29 |

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)**

B6G (Official Form 6G) (12/07)

In re **George Norman LaBounty, III**                    Case No. _____
                                                                                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Keepsake Self Storage**<br>168 S. Walnut Grove Rd.<br>Midlothian, TX 76065 | Storage Unit 1133CC<br>Contract to be ASSUMED |

B6H (Official Form 6H) (12/07)

In re **George Norman LaBounty, III**                                  Case No. _____
                                                                                          (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor
in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or
territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-
year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or
resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight
years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and
address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112
and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **LaBounty, Pamela Jean**<br>8011 Clark Court<br>Ovilla, TX 75154 | |
| **Five Star Mechanical, LP**<br>200 S. 14th Street<br>Midlothian, TX 76065 | **Adam Martinez, Sr.**<br>for the Estate of Adam Martinez, Jr.<br>c/o Law Offices of Zimmerman et al<br>3501 W. Waco Drive<br>Waco, TX 76710 |
| **Five Star Mechanical, LP**<br>200 S. 14th Street<br>Midlothian, TX 76065 | **Rosaura Martinez**<br>for the Estate of Adam Martinez, Jr.<br>c/o Law Offices of Zimmerman et al<br>3501 W. Waco Drive<br>Waco, TX 76710 |
| **Five Star Mechanical, LP**<br>200 S. 14th Street<br>Midlothian, TX 76065 | **Texas Workforce Commission**<br>101 East 15th Street<br>Austin, TX 78714-9080 |
| **Five Star Mechanical, LP**<br>200 S. 14th Street<br>Midlothian, TX 76065 | **Internal Revenue Service**<br>Centralized Insolvency Operations<br>PO Box 21126<br>Philadelphia, PA 19114-0326 |
| **Five Star Plumbing, Inc.**<br>200 S. 14th Street<br>Midlothian, TX 76065 | **4/Way Investments, Inc.**<br>1229 E. Pleasant Run Rd, Suite 132<br>DeSoto, TX 75115 |
| **Five Star Plumbing, Inc.**<br>200 S. 14th Street<br>Midlothian, TX 76065 | **Aces A/C Supply North**<br>PO Box 117206<br>Carrollton, TX 75011-7206 |

B6H (Official Form 6H) (12/07) - Cont.

In re  **George Norman LaBounty, III**                                    Case No. _____
                                                                                          (if known)

# SCHEDULE H - CODEBTORS

*Continuation Sheet No. 1*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Five Star Plumbing, Inc.**<br>200 S. 14th Street<br>Midlothian, TX 76065 | **Act Pipe & Supply**<br>c/o NACM of South Texas<br>PO Box 721348<br>Houston, TX 77272-1348 |
| **Five Star Plumbing, Inc.**<br>200 S. 14th Street<br>Midlothian, TX 76065 | **Allenaire Service Company**<br>PO Box 598<br>Lancaster, TX 75146-0598 |
| **Five Star Plumbing, Inc.**<br>200 S. 14th Street<br>Midlothian, TX 76065 | **All-Tex Pipe and Supply**<br>PO Box 911854<br>Dallas, TX 75391-1854 |
| **Five Star Plumbing, Inc.**<br>200 S. 14th Street<br>Midlothian, TX 76065 | **ARC Services**<br>PO Box 845<br>Alvarado, TX 76009 |
| **Five Star Plumbing, Inc.**<br>200 S. 14th Street<br>Midlothian, TX 76065 | **Area Excavation &Utility Contractors Inc**<br>PO Box 723<br>Mansfield, TX 76063 |
| **Five Star Plumbing, Inc.**<br>200 S. 14th Street<br>Midlothian, TX 76065 | **Arlington Winnelson**<br>1811 Peyco Dr.<br>N. Arlington, TX 76001 |
| **Five Star Plumbing, Inc.**<br>200 S. 14th Street<br>Midlothian, TX 76065 | **Artic Air**<br>PO Box 5577<br>Lubbock, TX 79408 |

B6H (Official Form 6H) (12/07) - Cont.

In re  **George Norman LaBounty, III**                                      Case No. _____

                                                                                              (if known)

# SCHEDULE H - CODEBTORS

*Continuation Sheet No. 2*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Five Star Plumbing, Inc.**<br>200 S. 14th Street<br>Midlothian, TX 76065 | **Bartos**<br>10350 Olympic Dr.<br>Dallas, TX 75220 |
| **Five Star Plumbing, Inc.**<br>200 S. 14th Street<br>Midlothian, TX 76065 | **Brackett & Ellis**<br>100 Main St.<br>Fort Worth, TX 76102 |
| **Five Star Plumbing, Inc.**<br>200 S. 14th Street<br>Midlothian, TX 76065 | **Briggs Equipment**<br>10540 N. Stemmons Freeway<br>Dallas, TX 75220 |
| **Five Star Plumbing, Inc.**<br>200 S. 14th Street<br>Midlothian, TX 76065 | **Central Mutual Insurance Companies**<br>PO Box 353<br>Van West, OH 45891 |
| **Five Star Plumbing, Inc.**<br>200 S. 14th Street<br>Midlothian, TX 76065 | **Chase Cardmember Service**<br>800 Brooksedge Blvd.<br>Westerville, OH 43081 |
| **Five Star Plumbing, Inc.**<br>200 S. 14th Street<br>Midlothian, TX 76065 | **Chrysler Financial 44349**<br>Business Vehicle Finance<br>PO Box 9001888<br>Louisville, KY 40290-1888 |
| **Five Star Plumbing, Inc.**<br>200 S. 14th Street<br>Midlothian, TX 76065 | **Chrysler Financial BVF 15937**<br>PO Box 3288<br>Milwaukee, WI 53201-3288 |

B6H (Official Form 6H) (12/07) - Cont.

In re  **George Norman LaBounty, III**                                      Case No. _____
                                                                                            (if known)

# SCHEDULE H - CODEBTORS

*Continuation Sheet No. 3*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Five Star Plumbing, Inc.**<br>200 S. 14th Street<br>Midlothian, TX 76065 | **Chrysler Financial BVF 24002**<br>PO Box 9001888<br>Louisville, KY 40290-1888 |
| **Five Star Plumbing, Inc.**<br>200 S. 14th Street<br>Midlothian, TX 76065 | **Chrysler Financial BVF 24134**<br>PO Box 9001888<br>Louisville, KY 40290-1888 |
| **Five Star Plumbing, Inc.**<br>200 S. 14th Street<br>Midlothian, TX 76065 | **Chrysler Financial BVF 34916**<br>Business Vehicle Finance<br>PO Box 3288<br>Milwaukee, WI 53201-3288 |
| **Five Star Plumbing, Inc.**<br>200 S. 14th Street<br>Midlothian, TX 76065 | **City of DeSoto**<br>211 E. Pleasant Run Rd<br>DeSoto, TX 75115 |
| **Five Star Plumbing, Inc.**<br>200 S. 14th Street<br>Midlothian, TX 76065 | **Collin County Winnelson**<br>1104 Capital Ave, Suite 200<br>Plano, TX 75074 |
| **Five Star Plumbing, Inc.**<br>200 S. 14th Street<br>Midlothian, TX 76065 | **Dallas Cotton Belt Employees CU**<br>3445 Highland Rd, Suite 110<br>Dallas, TX 75228 |
| **Five Star Plumbing, Inc.**<br>200 S. 14th Street<br>Midlothian, TX 76065 | **Dallas County Tax Office**<br>John R. Ames, Tax Assessor/Collector<br>Records Building - 1st Floor<br>500 Elm Street<br>Dallas, TX 75202 |

B6H (Official Form 6H) (12/07) - Cont.

In re  **George Norman LaBounty, III**                                      Case No. _____

                                                                                                (if known)

# SCHEDULE H - CODEBTORS

*Continuation Sheet No. 4*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Five Star Plumbing, Inc.**<br>200 S. 14th Street<br>Midlothian, TX 76065 | **Dell Financial Services**<br>c/o Recievable Management Svcs<br>4836 Brecksville Rd.<br>Richfield, OH 44286 |
| **Five Star Plumbing, Inc.**<br>200 S. 14th Street<br>Midlothian, TX 76065 | **DeSoto Tax Collector**<br>210 E. Belt Line Rd.<br>Greenville, TX 75402 |
| **Five Star Plumbing, Inc.**<br>200 S. 14th Street<br>Midlothian, TX 76065 | **Dominquez Sheet Metal**<br>3128 Alameda<br>El Paso, TX 79905 |
| **Five Star Plumbing, Inc.**<br>200 S. 14th Street<br>Midlothian, TX 76065 | **Ferguson Enterprises, Inc.**<br>2683 W. Euless Blvd.<br>Euless, TX 76040 |
| **Five Star Plumbing, Inc.**<br>200 S. 14th Street<br>Midlothian, TX 76065 | **First Texas Insurance**<br>700 Highlander, Suite 350<br>Arlington, TX 76015 |
| **Five Star Plumbing, Inc.**<br>200 S. 14th Street<br>Midlothian, TX 76065 | **Ford Motor Credit**<br>PO Box Box 650575<br>Dallas, TX 75265-0575 |
| **Five Star Plumbing, Inc.**<br>200 S. 14th Street<br>Midlothian, TX 76065 | **Ford Motor Credit**<br>PO Box Box 650575<br>Dallas, TX 75265-0575 |

B6H (Official Form 6H) (12/07) - Cont.

In re  **George Norman LaBounty, III**                                    Case No. _____

                                                                                        (if known)

# SCHEDULE H - CODEBTORS

*Continuation Sheet No. 5*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Five Star Plumbing, Inc.**<br>200 S. 14th Street<br>Midlothian, TX 76065 | **Ford Motor Credit**<br>PO Box Box 650575<br>Dallas, TX 75265-0575 |
| **Five Star Plumbing, Inc.**<br>200 S. 14th Street<br>Midlothian, TX 76065 | **Ford Motor Credit**<br>PO Box Box 650575<br>Dallas, TX 75265-0575 |
| **Five Star Plumbing, Inc.**<br>200 S. 14th Street<br>Midlothian, TX 76065 | **Fort Worth Winnelson**<br>5105 A Commercial Blvd.<br>Fort Worth, TX 76180 |
| **Five Star Plumbing, Inc.**<br>200 S. 14th Street<br>Midlothian, TX 76065 | **Gemaire Distributors, LLC**<br>PO Box 848401<br>Dallas, TX 75284-8401 |
| **Five Star Plumbing, Inc.**<br>200 S. 14th Street<br>Midlothian, TX 76065 | **GMAC**<br>PO Box 380901<br>Bloomington, MN 55438-0901 |
| **Five Star Plumbing, Inc.**<br>200 S. 14th Street<br>Midlothian, TX 76065 | **GMAC**<br>PO Box 380901<br>Bloomington, MN 55438-0901 |
| **Five Star Plumbing, Inc.**<br>200 S. 14th Street<br>Midlothian, TX 76065 | **Goodman Air Conditioning & Heating**<br>PO Box 201652<br>Houston, TX 77216-1652 |

B6H (Official Form 6H) (12/07) - Cont.

In re **George Norman LaBounty, III**                                      Case No. _____
                                                                                                (if known)

# SCHEDULE H - CODEBTORS
*Continuation Sheet No. 6*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Five Star Plumbing, Inc.**<br>200 S. 14th Street<br>Midlothian, TX 76065 | **Goodman Supply Company**<br>PO Box 549<br>Frisco, TX 75034 |
| **Five Star Plumbing, Inc.**<br>200 S. 14th Street<br>Midlothian, TX 76065 | **Greenville Supply Company, Inc.**<br>PO Box 431<br>Greenville, TX 75403-0431 |
| **Five Star Plumbing, Inc.**<br>200 S. 14th Street<br>Midlothian, TX 76065 | **Hanson Pipe & Precast, Inc.**<br>PO Box 730477<br>Dallas, TX 75373-0477 |
| **Five Star Plumbing, Inc.**<br>200 S. 14th Street<br>Midlothian, TX 76065 | **HD Supply Waterworks**<br>PO Box 840700<br>Dallas, TX 75294-0700 |
| **Five Star Plumbing, Inc.**<br>200 S. 14th Street<br>Midlothian, TX 76065 | **Home Depot Credit Services**<br>PO Box 6029<br>The Lakes, NV 88901-6029 |
| **Five Star Plumbing, Inc.**<br>200 S. 14th Street<br>Midlothian, TX 76065 | **J&S Mechanical**<br>PO Box 920625<br>Houston, TX 77292 |
| **Five Star Plumbing, Inc.**<br>200 S. 14th Street<br>Midlothian, TX 76065 | **Jahns Supply Company**<br>2532 Cullen Street<br>Fort Worth, TX 76107 |

B6H (Official Form 6H) (12/07) - Cont.

In re  **George Norman LaBounty, III**                           Case No. _____
                                                                              (if known)

# SCHEDULE H - CODEBTORS

*Continuation Sheet No. 7*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Five Star Plumbing, Inc.**<br>200 S. 14th Street<br>Midlothian, TX 76065 | **Johnson Supply**<br>1401 Valwood Pkwy<br>Carrollton, TX 75006 |
| **Five Star Plumbing, Inc.**<br>200 S. 14th Street<br>Midlothian, TX 76065 | **July Business Services**<br>PO Box 2208<br>Waco, TX 76703 |
| **Five Star Plumbing, Inc.**<br>200 S. 14th Street<br>Midlothian, TX 76065 | **Kirkland Crane & Rigging, Inc.**<br>889 IH 45 S<br>Hunstville, TX 77340 |
| **Five Star Plumbing, Inc.**<br>200 S. 14th Street<br>Midlothian, TX 76065 | **Labor Ready Central, Inc.**<br>PO Box 676412<br>Dallas, TX 75267-6412 |
| **Five Star Plumbing, Inc.**<br>200 S. 14th Street<br>Midlothian, TX 76065 | **Lennox**<br>PO Box 910549<br>Dallas, TX 75391 |
| **Five Star Plumbing, Inc.**<br>200 S. 14th Street<br>Midlothian, TX 76065 | **M & M Manufacturing Co.**<br>Dept D8035<br>PO Box 65002<br>Dallas, TX 75265-0002 |
| **Five Star Plumbing, Inc.**<br>200 S. 14th Street<br>Midlothian, TX 76065 | **Maxwell Wholesale Plumbing-Cedar Hill**<br>1113 N. Hwy 67<br>Cedar Hill, TX 75104 |

B6H (Official Form 6H) (12/07) - Cont.

In re  **George Norman LaBounty, III**                                    Case No. _____
                                                                                                      (if known)

# SCHEDULE H - CODEBTORS

*Continuation Sheet No. 8*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Five Star Plumbing, Inc.**<br>200 S. 14th Street<br>Midlothian, TX 76065 | **Merit Insurance**<br>AICCO, Inc<br>PO Box 200455<br>Dallas, TX 75320-0455 |
| **Five Star Plumbing, Inc.**<br>200 S. 14th Street<br>Midlothian, TX 76065 | **Mesch & McBride, P.C.**<br>Museum Place, Suite 330<br>3100 W. 7th Street<br>Fort Worth, TX 76107 |
| **Five Star Plumbing, Inc.**<br>200 S. 14th Street<br>Midlothian, TX 76065 | **MetLife Small Business Center**<br>PO Box 804466<br>Kansas City, MO 64180-4466 |
| **Five Star Plumbing, Inc.**<br>200 S. 14th Street<br>Midlothian, TX 76065 | **Moore Supply**<br>PO Box 448<br>Conroe, TX 77305 |
| **Five Star Plumbing, Inc.**<br>200 S. 14th Street<br>Midlothian, TX 76065 | **Morrison Supply**<br>PO Box 70<br>Fort Worth, TX 76101 |
| **Five Star Plumbing, Inc.**<br>200 S. 14th Street<br>Midlothian, TX 76065 | **Municipal Water Works Supply**<br>PO Box 2220<br>Owasso, OK 74055 |
| **Five Star Plumbing, Inc.**<br>200 S. 14th Street<br>Midlothian, TX 76065 | **Nation Brothers Company**<br>1404 Briarwood Blvd<br>Arlington, TX 76013 |

B6H (Official Form 6H) (12/07) - Cont.

In re  **George Norman LaBounty, III**                                        Case No. _____
                                                                                                    (if known)

# SCHEDULE H - CODEBTORS
*Continuation Sheet No. 9*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Five Star Plumbing, Inc.**<br>200 S. 14th Street<br>Midlothian, TX 76065 | **NMHG Financial Services, Inc.**<br>44 Old Ridgebury Rd.<br>Danbury, CT 06810 |
| **Five Star Plumbing, Inc.**<br>200 S. 14th Street<br>Midlothian, TX 76065 | **North McKinney Winnelson Co.**<br>2030 McKinney Street<br>Melissa, TX 75454-9732 |
| **Five Star Plumbing, Inc.**<br>200 S. 14th Street<br>Midlothian, TX 76065 | **North Texas Tollway Authority**<br>PO Box 260928<br>Plano, TX 75026-0928 |
| **Five Star Plumbing, Inc.**<br>200 S. 14th Street<br>Midlothian, TX 76065 | **Nueces Power Equipment**<br>PO Box 4789<br>Corpus Christi, TX 78469 |
| **Five Star Plumbing, Inc.**<br>200 S. 14th Street<br>Midlothian, TX 76065 | **Office Depot/Business 6121**<br>PO Box 70025<br>Los Angeles, CA 90074-0025 |
| **Five Star Plumbing, Inc.**<br>200 S. 14th Street<br>Midlothian, TX 76065 | **Penhall Company**<br>Dept 2911<br>Los Angeles, CA 90084-2911 |
| **Five Star Plumbing, Inc.**<br>200 S. 14th Street<br>Midlothian, TX 76065 | **Pioneer Rentals**<br>4637 W. University<br>Denton, TX 76207 |

B6H (Official Form 6H) (12/07) - Cont.

In re  **George Norman LaBounty, III**                                         Case No. _____

                                                                                              (if known)

# SCHEDULE H - CODEBTORS

*Continuation Sheet No. 10*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Five Star Plumbing, Inc.**<br>200 S. 14th Street<br>Midlothian, TX 76065 | **Plano Plumbing Supplies**<br>1305 Capital Avenue<br>Plano, TX 75074 |
| **Five Star Plumbing, Inc.**<br>200 S. 14th Street<br>Midlothian, TX 76065 | **R2 Fabrication**<br>804 Blue Mound Rd.<br>Fort Worth, TX 76131 |
| **Five Star Plumbing, Inc.**<br>200 S. 14th Street<br>Midlothian, TX 76065 | **Ramada El Paso**<br>8250 Gateway Blvd East<br>El Paso, TX 79907<br>Horsham, PA 19044 |
| **Five Star Plumbing, Inc.**<br>200 S. 14th Street<br>Midlothian, TX 76065 | **Shell Oil**<br>PO Box 9010<br>Des Moines, IA 50368-9010 |
| **Five Star Plumbing, Inc.**<br>200 S. 14th Street<br>Midlothian, TX 76065 | **Sprint Wireless Network**<br>PO Box 660092<br>Dallas, TX 75266-0092 |
| **Five Star Plumbing, Inc.**<br>200 S. 14th Street<br>Midlothian, TX 76065 | **Sprint Mobil Phones**<br>PO Box 4181<br>Carol Stream, IL 60197-4181 |
| **Five Star Plumbing, Inc.**<br>200 S. 14th Street<br>Midlothian, TX 76065 | **Standard Supply Plumbing**<br>1431 Regal Row<br>Dallas, TX 75247 |

B6H (Official Form 6H) (12/07) - Cont.

In re  **George Norman LaBounty, III**                                      Case No. _____
                                                                                              (if known)

# SCHEDULE H - CODEBTORS

*Continuation Sheet No. 11*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Five Star Plumbing, Inc.**<br>200 S. 14th Street<br>Midlothian, TX 76065 | **Sun City Winnelson Co.**<br>7231 Brogan<br>El Paso, TX 79915 |
| **Five Star Plumbing, Inc.**<br>200 S. 14th Street<br>Midlothian, TX 76065 | **Sunbelt Rentals**<br>PO Box 409211<br>Atlanta, GA 30384-9211 |
| **Five Star Plumbing, Inc.**<br>200 S. 14th Street<br>Midlothian, TX 76065 | **Sunstate Equipment Co.**<br>PO Box 52581<br>Phoenix, AZ 85072-2581 |
| **Five Star Plumbing, Inc.**<br>200 S. 14th Street<br>Midlothian, TX 76065 | **Texas Tollways**<br>12719 Burnet Road<br>Austin, TX 78727-4206 |
| **Five Star Plumbing, Inc.**<br>200 S. 14th Street<br>Midlothian, TX 76065 | **Trane**<br>American Standard<br>PO Box 848343<br>Dallas, TX 75284-8343 |
| **Five Star Plumbing, Inc.**<br>200 S. 14th Street<br>Midlothian, TX 76065 | **TXU Energy**<br>PO Box 650638<br>Dallas, TX 75265-0638 |
| **Five Star Plumbing, Inc.**<br>200 S. 14th Street<br>Midlothian, TX 76065 | **United Health Care of Texas, Inc.**<br>Department CH 10151<br>Palatine, IL 60055-0151 |

B6H (Official Form 6H) (12/07) - Cont.

In re  **George Norman LaBounty, III**                                    Case No. _____

                                                                                        (if known)

# SCHEDULE H - CODEBTORS

*Continuation Sheet No. 12*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Five Star Plumbing, Inc.**<br>200 S. 14th Street<br>Midlothian, TX 76065 | **United Rentals**<br>PO Box 846394<br>Dallas, TX 75284-6394 |
| **Five Star Plumbing, Inc.**<br>200 S. 14th Street<br>Midlothian, TX 76065 | **Winston Water Cooler, Ltd**<br>5014 Mark IV Pkwy<br>Fort Worth, TX 76106 |
| **Five Star Plumbing, Inc.**<br>200 S. 14th Street<br>Midlothian, TX 76065 | **WinWholesale Credit Services**<br>PO Box 530957<br>Atlanta, GA 30353-0957 |
| **Five Star Plumbing, Inc.**<br>200 S. 14th Street<br>Midlothian, TX 76065 | **Adam Martinez, Sr.**<br>for the Estate of Adam Martinez, Jr.<br>c/o Law Offices of Zimmerman et al<br>3501 W. Waco Drive<br>Waco, TX 76710 |
| **Five Star Plumbing, Inc.**<br>200 S. 14th Street<br>Midlothian, TX 76065 | **Rosaura Martinez**<br>for the Estate of Adam Martinez, Jr.<br>c/o Law Offices of Zimmerman et al<br>3501 W. Waco Drive<br>Waco, TX 76710 |
| **Five Star Plumbing, Inc.**<br>200 S. 14th Street<br>Midlothian, TX 76065 | **Internal Revenue Service**<br>Centralized Insolvency Operations<br>PO Box 21126<br>Philadelphia, PA 19114-0326 |
| **Five Star Plumbing, Inc.**<br>200 S. 14th Street<br>Midlothian, TX 76065 | **Texas Workforce Commission**<br>101 East 15th Street<br>Austin, TX 78714-9080 |

B6I (Official Form 6I) (12/07)

In re  **George Norman LaBounty, III**                     Case No. _____
                                                                            (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | | |
|---|---|---|---|---|
| **Married** | Relationship(s):  Daughter | Age(s): 14 years | Relationship(s): | Age(s): |

| **Employment:** | Debtor | Spouse |
|---|---|---|
| Occupation | Unemployed | Mortgage Loan Officer |
| Name of Employer | | Regions Bank |
| How Long Employed | 5 months | 6 months |
| Address of Employer | | 1111 W. Mockingbird Ln. |
| | | Dallas, TX 75247 |

| INCOME:  (Estimate of average or projected monthly income at time case filed) | | **DEBTOR** | **SPOUSE** |
|---|---|---|---|
| 1. | Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $0.00 | $5,000.00 |
| 2. | Estimate monthly overtime | $0.00 | $0.00 |
| 3. | SUBTOTAL | **$0.00** | **$5,000.00** |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a. Payroll taxes (includes social security tax if b. is zero) | $0.00 | $437.50 |
| | b. Social Security Tax | $0.00 | $310.00 |
| | c. Medicare | $0.00 | $72.50 |
| | d. Insurance | $0.00 | $367.00 |
| | e. Union dues | $0.00 | $0.00 |
| | f. Retirement                                          / 401K | $0.00 | $330.50 |
| | g. Other (Specify) _____ / Dep. Life Spouse | $0.00 | $9.18 |
| | h. Other (Specify) _____ / Dep. Life Child | $0.00 | $1.62 |
| | i. Other (Specify) _____ / Group Life | $0.00 | $11.26 |
| | j. Other (Specify) _____ / AD&D | $0.00 | $8.00 |
| | k. Other (Specify) _____ / Non Reimbursed Bus Exp | $0.00 | $2.09 |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | **$0.00** | **$1,549.65** |
| 6. | TOTAL NET MONTHLY TAKE HOME PAY | **$0.00** | **$3,450.35** |
| 7. | Regular income from operation of business or profession or farm (Attach detailed stmt) | $0.00 | $0.00 |
| 8. | Income from real property | $0.00 | $0.00 |
| 9. | Interest and dividends | $0.00 | $0.00 |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0.00 | $0.00 |
| 11. | Social security or government assistance (Specify): Social Security | $1,446.00 | $0.00 |
| 12. | Pension or retirement income | $0.00 | $0.00 |
| 13. | Other monthly income (Specify): | | |
| | a. Projected Earnings/Part-time Job        / Reimb Med Expense by Employer | $1,750.00 | $90.00 |
| | b._____ | $0.00 | $0.00 |
| | c._____ | $0.00 | $0.00 |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | **$3,196.00** | **$90.00** |
| 15. | AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | **$3,196.00** | **$3,540.35** |
| 16. | COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | **$6,736.35** | |

(Report also on Summary of Schedules and, if applicable,
on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**Debtor's businesses ceased operation in December 2009.  Debtor is currently receiving social security benefits of $1,446.00 monthly but is actively seeking full or part-time employment to supplement his income.**

B6J (Official Form 6J) (12/07)

IN RE:  **George Norman LaBounty, III**                         Case No. _____

                                                                                          (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $2,349.03 |
|    a. Are real estate taxes included?   ☒ Yes    ☐ No | |
|    b. Is property insurance included?   ☒ Yes    ☐ No | |
| 2. Utilities:   a. Electricity and heating fuel | $425.00 |
|           b. Water and sewer | $77.00 |
|           c. Telephone | $79.00 |
|           d. Other:   Gas | $150.00 |
| 3. Home maintenance (repairs and upkeep) | $75.00 |
| 4. Food | $400.00 |
| 5. Clothing | $100.00 |
| 6. Laundry and dry cleaning | $45.00 |
| 7. Medical and dental expenses | $420.00 |
| 8. Transportation (not including car payments) | $150.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $50.00 |
| 10. Charitable contributions | $200.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|           a. Homeowner's or renter's | |
|           b. Life | $191.82 |
|           c. Health | |
|           d. Auto | |
|           e. Other: | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
| Specify: | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|           a. Auto:    2007 Ford Expedition EL | $800.00 |
|           b. Other:   2006 Volvo XC90 | $600.00 |
|           c. Other: | |
|           d. Other: | |
| 14. Alimony, maintenance, and support paid to others: | |
| 15. Payments for support of add'l dependents not living at your home: | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| 17.a. Other: See attached personal expenses | $590.00 |
| 17.b. Other: | |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.  Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | **$6,701.85** |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:  **None.**

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $6,736.35 |
| b. Average monthly expenses from Line 18 above | $6,701.85 |
| c. Monthly net income (a. minus b.) | $34.50 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:   **George Norman LaBounty, III**                    CASE NO

                                                      CHAPTER    **7**

## EXHIBIT TO SCHEDULE J

### Itemized Personal Expenses

| Expense | Amount |
|---|---|
| Health and Beauty Aids | **$100.00** |
| Direct TV | **$105.00** |
| Daughter's Dance School | **$185.00** |
| Mobile Phones | **$200.00** |
| **Total >** | **$590.00** |

B6 Summary (Official Form 6 - Summary) (12/07)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

In re  **George Norman LaBounty, III**                    Case No.

Chapter        **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $277,930.00 | | |
| B - Personal Property | Yes | 6 | $56,471.04 | | |
| C - Property Claimed as Exempt | Yes | 3 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $296,524.30 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $1,662,540.94 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 25 | | $5,041,838.29 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 13 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $6,736.35 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | $6,701.85 |
| TOTAL | | 55 | $334,401.04 | $7,000,903.53 | |

Form 6 - Statistical Summary (12/07)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

In re  **George Norman LaBounty, III**                              Case No.

                                                                    Chapter        **7**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☑  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| **TOTAL** | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4.  Total from Schedule F | | |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **George Norman LaBounty, III**                                    Case No. _____

                                                                                        (if known)


# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**57**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date  **06/10/2010**_____          Signature  **/s/ George Norman LaBounty, III**_____
                                                                          ***George Norman LaBounty, III***

Date _____          Signature _____

                                           [If joint case, both spouses must sign.]

---

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

B7 (Official Form 7) (04/10)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

In re:   **George Norman LaBounty, III**                           Case No. _____

                                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$0.00** | **2010 - Gross Income YTD (Debtor)** |
| **$25,000.00** | **2010 - Gross Income YTD approx. (Spouse)** |
| **$87,114.10** | **2009 - Gross Income (Joint)** |
| **$163,914.00** | **2008 - Gross Income (Joint)** |

---

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$7,230.00** | **2010 - Social Security Benefits YTD (Debtor)** |
| **$3,500.00** | **2010 - Cash surrender of Life Insurance (Debtor)** |
| **$16,300.00** | **2009 - Social Security Benefits-approx (Debtor)** |
| **$3,618.78** | **2009 - 401k liquidation 9/2009 (Debtor)** |
| **$15,300.00** | **2008 - Social Security Benefits-approx (Debtor)** |
| **$23,791.00** | **2008 - Income tax refund for 2007 received in 2008 (Joint)** |
| **$144.00** | **2008 - Taxable interest income (Joint)** |

---

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None ☐

a.  Individual or joint debtor(s) with primarily consumer debts:  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600.  Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS (Last 90 days) | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Dallas Cotton Belt Employees CU**<br>**3445 Highland Rd, Suite 110**<br>**Dallas, TX 75228** | **(Last 90 days)** | **$1,200.00** | **$26,480.00** |
| **Dallas Cotton Belt Employees CU**<br>**3445 Highland Rd, Suite 110**<br>**Dallas, TX 75228** | **(Last 90 days)** | **$1,600.00** | **$32,180.37** |

B7 (Official Form 7) (04/10) - Cont.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

In re:  **George Norman LaBounty, III**                                      Case No.  _____

                                                                                                   (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

---

None
☑

b.  Debtor whose debts are not primarily consumer debts:  List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

---

None
☑

c.  All debtors:  List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☐

## 4. Suits and administrative proceedings, executions, garnishments and attachments

a.  List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Gemaire Distributors, LLC vs. George LaBounty Cause no. JC-1000104-L** | **Breach of Individual Guarantee and Debt Collection** | **In the Justice Court, Precinct 4, Place 2 Dallas County, Texas** | **Pending** |
| **Germaire Distributors, LLC vs. Five Star Plumbing, Inc and Gregory LaBounty, Guarantor, Jointly and Severally Liable Cause no. CC-09-08207-A Note: Debtor's first name is listed incorrectly as Gregory instead of George.** | **Breach of Contract, Breach of Individual Guarantee and Debt Collection** | **In the Justice Court, Precinct 4, Place 2 Dallas County, Texas** | **Default Judgment entered 11/17/09** |
| **North McKinney Winnelson, Company vs. Five Star Mechanical, L.P., Five Star Plumbing, Inc., Five Star GP, L.L.C. and Georg LaBounty** | **Breach of Contract and Debt Collection** | **In the District Court of Dallas County, Texas 162nd District Court** | **Pending** |
| **American Express Centurion Bank vs. George N. LaBounty Cause no. CC-09-08207-A** | **Breach of Written Contract and Debt Collection** | **In the County Court Civil at Law Number One (1) of Dallas County, Texas** | **Pending** |

B7 (Official Form 7) (04/10) - Cont.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

In re:  **George Norman LaBounty, III**                          Case No. _____

                                                                                         (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

| | | | |
|---|---|---|---|
| **All-Tex Pipe & Supply, Inc.**<br>**vs.**<br>**Five Star Mechanical, LP, Five**<br>**Star GP, LLC and George**<br>**LaBounty, Jointly and Severally**<br>**Cause no. 09-06597-B** | **Breach of Contract,**<br>**Written Gurantee and**<br>**Debt Collection** | **In the County Court at**<br>**Law No. 2 of**<br>**Dallas, County, Texas** | **Pending** |
| **Maxell Wholesale Plumbing**<br>**Supply, Inc.**<br>**vs.**<br>**Five Star Plumbing, Inc., Five**<br>**Star Mechanical, Inc., Duane**<br>**Young, and George LaBounty**<br>**Cause no. DC-09-15159-H** | **Breach of Contract**<br>**and Debt Collection** | **In the District Court,**<br>**160th Judicial District**<br>**Dallas County, Texas** | **Pending** |
| **Central Mutual Insurance**<br>**Company**<br>**vs.**<br>**Five Star Plumbing, Inc**<br>**Cause no. DC-0906672** | **Breach of Contract**<br>**and Debt Collection** | **In the 134th Judicial**<br>**District Court**<br>**Dallas County, Texas** | **Pending** |
| **Rosaura Martinez and Adam**<br>**Martinez, Sr., Individually and as**<br>**Personal Representatives of**<br>**the Estate of Adam Martinez, Jr.**<br>**Deceased**<br>**vs.**<br>**Jason Lang Modgling; Melissa**<br>**Joy Dunlop; Five Star Plumbing,**<br>**Inc., A Domestic Corporation;**<br>**Five Star GP, LLC, A Domestic**<br>**Corporation; and Five Star**<br>**Mechanical, LP, A Domestic**<br>**Corporation**<br>**Cause no. 2009-1716-4** | **Claim of Negligent**<br>**Hiring, Supervision,**<br>**Training, and**<br>**Retention** | **In the District Court of**<br>**McLennan County,**<br>**Texas**<br>**170th Judicial District** | **Pending** |

---

None  ☐  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE<br>BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE<br>OF PROPERTY |
|---|---|---|
| **Assured Self Storage**<br>**1713 S. Hampton Road**<br>**Glenn Heights, TX 75154** | **April 2010** | **Property in storage facility sold by**<br>**managment to offset amounts due**<br>**per an agreement between parties -**<br>**approx value of property sold**<br>**$1,000.00.** |

B7 (Official Form 7) (04/10) - Cont.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

In re:   **George Norman LaBounty, III**                                      Case No. _____

                                                                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

---

None
☐

**5. Repossessions, foreclosures and returns**

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Chrysler Financial Business Vehicle Finance PO Box 9001888 Louisville, KY 40290-1888** | **Possibly within one year of filing** | **3 vehicles repossessed possibly within one year of filing (specific details not currently available)** |
| **Chrysler Financial Business Vehicle Finance PO Box 3288 Milwaukee, WI 53201-3288** | **Possibly within one year of filing** | **2 vehicles repossessed possibly within one year of filing (specific details not currently available)** |
| **Ford Motor Credit PO Box Box 650575 Dallas, TX 75265-0575** | **Possibly within one year of filing** | **4 vehicles repossessed possibly within one year of filing (specific details not currently available)** |
| **GMAC PO Box 380901 Bloomington, MN 55438-0901** | **Possibly within one year of filing** | **2 vehicles repossessed possibly within one year of filing (specific details not currently available)** |

---

None
☑

**6. Assignments and receiverships**

a.  Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑

b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☐

**7. Gifts**

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **First Baptist Church Midlothian Midlothian, Texas** | **N/A** | **Within one year** | **$2,400.00 (approx.) - Church Tithes and offerings** |

---

None
☑

**8. Losses**

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

In re:  **George Norman LaBounty, III**                    Case No. _____

                                                                                             (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Law Office of Areya Holder, P.C. 800 W Airport Freeway, Suite 414 Irving, TX 75062 | 02/5/2010 | $3,000.00 - bankruptcy attorney fees |

---

### 10. Other transfers

None ☑

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

### 11. Closed financial accounts

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| American Funds Attn: Finance and Accounting PO Box 659530 San Antonio, TX 78265-9530 | 401k account | 401k liquidation 9/2009 - amount received $3,618.78 |

---

### 12. Safe deposit boxes

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 13. Setoffs

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 14. Property held for another person

None ☑

List all property owned by another person that the debtor holds or controls.

B7 (Official Form 7) (04/10) - Cont.

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

In re:   **George Norman LaBounty, III**                                          Case No.   _____

                                                                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

---

None
☑

### 15. Prior address of debtor

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

---

None
☐

### 16. Spouses and Former Spouses

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**NAME**

**Pamela LaBounty-(Wife)**
**8011 Clark Ct.**
**Orvilla, TX 75154**

**Patricia (Patty) LaBounty-(Deceased)**

---

### 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None
☑

a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None
☑

b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material.  Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None
☑

c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

B7 (Official Form 7) (04/10) - Cont.

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

In re:  **George Norman LaBounty, III**                    Case No. _____

                                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 6*

---

None
☐

### 18. Nature, location and name of business

a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

| NAME, ADDRESS, AND LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN) / COMPLETE EIN | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|
| **Five Star Plumbing, Inc.**<br>**200 S. 14th Street**<br>**Midlothian, TX 76065**<br>**Tax ID no. 75-2878672** | **Plumbing Business** | **June 2000 - December 2009** |
| **Five Star Mechanical, LP**<br>**Tax ID no. 20-8923052** | **Plumbing and A/C Business** | **April 2007 - December 2009** |
| **Five Star GP, LLC**<br>**Tax ID no. 3203084729** | **General Partnership (a shell company)** | **April 2007 - December 2009** |

---

None
☑

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

---

None
☐

### 19. Books, records and financial statements

a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Billie Coates**<br>**3433 Charing Cross**<br>**Midlothian, TX 76065** | **August 2006 - June 2009** |
| **Shawn Pruitt**<br>**7205 Winnell Way**<br>**N. Richland Hills, TX 76180** | **June 2008 - February 2009** |

B7 (Official Form 7) (04/10) - Cont.

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

In re:   **George Norman LaBounty, III**                          Case No. _____

                                                                                          (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 7*

---

None
☐

b.  List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Mesch & McBride, P.C.** | **2008** |
| **Museum Place, Suite 330** | |
| **3100 W. 7th Street** | |
| **Fort Worth, TX 76107** | |

---

None
☐

c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **George LaBounty, III (Debtor)** | **8011 Clark Ct** |
| | **Ovilla, TX 75154** |

---

None
☑

d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

---

### 20. Inventories

None
☑

a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None
☑

b.  List the name and address of the person having possession of the records of each of the inventories reported in a., above.

---

### 21. Current Partners, Officers, Directors and Shareholders

None
☐

a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **George Norman LaBounty, III (Debtor)** | **Partnership interest in Five Star Mechanical, LP** | **51.0%** |
| **Ron Lowry** | **Partnership interest in Five Star Mechanical, LP** | **37.5%** |
| **Rob Lowry** | **Partnership interest in Five Star Mechanical, LP** | **5.0%** |
| **Kent Howard** | **Partnership interest in Five Star Mechanical, LP** | **5.0%** |
| **Bobby Harper** | **Partnership interest in Five Star Mechanical, LP** | **1.5%** |
| **Geroge Norman LaBounty, III (Debtor)** | **Ownership interest in Five Star GP, LLC** | **100% ownership interest** |

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

In re:   **George Norman LaBounty, III**                            Case No. _____

                                                                                        (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 8*

None
☐   b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or
holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Geroge Norman LaBounty, III** | **Ownership interest in Five Star Plumbing, Inc.** | **67.0%** |
| **Robby Keever** | **Shareholder interest in Five Star Plumbing, Inc.** | **15.0%** |
| **Mike Jennings** | **Shareholder interest in Five Star Plumbing, Inc.** | **7.5%** |
| **Jana Jennings** | **Shareholder interest in Five Star Plumbing, Inc.** | **7.5%** |
| **Chris Cyphers** | **Shareholder interest in Five Star Plumbing, Inc.** | **15%** |
| **Larry Turner** | **Shareholder interest in Five Star Plumbing, Inc.** | **1.5%** |

**22. Former partners, officers, directors and shareholders**

None
☑   a.  If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement
of this case.

None
☑   b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately
preceding the commencement of this case.

**23. Withdrawals from a partnership or distributions by a corporation**

None
☑   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form,
bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this
case.

**24. Tax Consolidation Group**

None
☑   If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax
purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

**25. Pension Funds**

None
☑   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer,
has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

B7 (Official Form 7) (04/10) - Cont.

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

In re:  **George Norman LaBounty, III**                                   Case No.  _____

                                                                                            (if known)


## STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 9*

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **06/10/2010**_____               Signature ___ **/s/ George Norman LaBounty, III**_____
                                                       of Debtor      ***George Norman LaBounty, III***

Date  _____               Signature _____
                                                       of Joint Debtor
                                                       (if any)

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

IN RE:  **George Norman LaBounty, III**                    CASE NO

                                                                                                     CHAPTER    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

PART A -- Debts secured by property of the estate.  (Part A must be fully completed for EACH debt which is secured by property of the estate  Attach additional pages if necessary.)

| Property No.   1 | |
|---|---|
| **Creditor's Name:**<br>Dallas Cotton Belt Employees CU<br>3445 Highland Rd, Suite 110<br>Dallas, TX 75228<br>xxxx4N-03 | **Describe Property Securing Debt:**<br>2006 Volvo XC90 (47,573 miles) |

Property will be (check one):
☐ Surrendered          ☒ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☒ Reaffirm the debt
☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☒ Claimed as exempt          ☐ Not claimed as exempt

| Property No.   2 | |
|---|---|
| **Creditor's Name:**<br>Dallas Cotton Belt Employees CU<br>3445 Highland Rd, Suite 110<br>Dallas, TX 75228<br>xxxx4N-04 | **Describe Property Securing Debt:**<br>2007 Ford Expediton EL (101,531 miles) |

Property will be (check one):
☐ Surrendered          ☒ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☒ Reaffirm the debt
☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☒ Claimed as exempt          ☐ Not claimed as exempt

B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

IN RE:   **George Norman LaBounty, III**                                   CASE NO

                                                                            CHAPTER    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 1*

| Property No.   3 | |
|---|---|
| **Creditor's Name:**<br>Wells Fargo Home Mortgage<br>PO Box  14411<br>Des Moines, IA 50306-3411<br>xxxxxx7655 | **Describe Property Securing Debt:**<br>Home at: 8011 Clark Court, Ovilla, TX 75154 |

Property will be (check one):
☐ Surrendered        ☑ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☑ Reaffirm the debt
☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☑ Claimed as exempt        ☐ Not claimed as exempt

PART B -- Personal property subject to unexpired leases.  (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No.   1 | | |
|---|---|---|
| **Lessor's Name:**<br>Keepsake Self Storage<br>168 S. Walnut Grove Rd.<br>Midlothian, TX 76065 | **Describe Leased Property:**<br>Storage Unit 1133CC | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES  ☑            NO  ☐ |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **06/10/2010**                        Signature  **/s/ George Norman LaBounty, III**
                                                                  *George Norman LaBounty, III*

Date                                              Signature

B 201B (Form 201B)  (12/09)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

In re  **George Norman LaBounty, III**

Case No. _____

Chapter _____ **7** _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| **George Norman LaBounty, III** | X **/s/ George Norman LaBounty, III** | **06/10/2010** |
|---|---|---|
| | Signature of Debtor | Date |
| Printed Name(s) of Debtor(s) | X | |
| Case No. (if known) _____ | Signature of Joint Debtor (if any) | Date |

### Certificate of Compliance with § 342(b) of the Bankruptcy Code

I, _____ **Areya Holder** _____ , counsel for Debtor(s), hereby certify that I delivered to the Debtor(s) the Notice required by § 342(b) of the Bankruptcy Code.

**/s/ Areya Holder**
_____
Areya Holder, Attorney for Debtor(s)
Bar No.: 24002303
Law Office of Areya Holder, P.C.
800 W Airport Freeway, Suite 414
Irving, TX 75062
Phone: (972) 438-8800
Fax: (972) 438-8825
E-Mail: areya@holderlawpc.com

---

**Instructions:**  Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) ONLY if the certification has NOT been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

B 201A (Form 201A)  (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days.  For further information, see note at bottom of page 2.**

## UNITED STATES BANKRUPTCY COURT

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described.  Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition.  Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a JOINT CASE (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1.   Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.**  The briefing must be given within 180 days BEFORE the bankruptcy filing.  The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.**  The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2.   The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7:   Liquidation   ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)
Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.  Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7.  If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code.  It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law.  A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts.  If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law.  Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.  Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

Form B 201A, Notice to Consumer Debtor(s)                                                                                Page 2

### Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time.  You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings.  The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors.  The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11:  Reorganization  ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors.  Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12:  Family Farmer or Fisherman    ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3.   Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both.  All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:**   Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition.  Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

IN RE:   **George Norman LaBounty, III**                              CASE NO

                                                                                                    CHAPTER    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---:|
| For legal services, I have agreed to accept: | **$3,000.00** |
| Prior to the filing of this statement I have received: | **$3,000.00** |
| Balance Due: | **$0.00** |

2.  The source of the compensation paid to me was:
    ☑ Debtor            ☐ Other (specify)

3.  The source of compensation to be paid to me is:
    ☑ Debtor            ☐ Other (specify)

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

<div style="border:1px solid black; padding:10px;">

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**06/10/2010**                              **/s/ Areya Holder**
_____              _____
*Date*                                            *Areya Holder*                        Bar No.  24002303
                                                      Law Office of Areya Holder, P.C.
                                                      800 W Airport Freeway, Suite 414
                                                      Irving, TX 75062
                                                      Phone: (972) 438-8800 / Fax: (972) 438-8825

</div>

**/s/ George Norman LaBounty, III**
_____
*George Norman LaBounty, III*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:   **George Norman LaBounty, III**                                    CASE NO

                                                                            CHAPTER      **7**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

     The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  <u>06/10/2010</u>                                    Signature  <u>/s/ George Norman LaBounty, III</u>
                                                                            *George Norman LaBounty, III*

Date  _____                          Signature _____

4/Way Investments, Inc.
1229 E. Pleasant Run Rd, Suite 132
DeSoto, TX 75115


Aces A/C Supply North
PO Box 117206
Carrollton, TX 75011-7206


Act Pipe & Supply
c/o NACM of South Texas
PO Box 721348
Houston, TX 77272-1348


Adair, Morris & Osborn, P.C.
325 N. St. Paul Street, Suite 4100
Dallas, TX 75201


Adam Martinez, Sr.
for the Estate of Adam Martinez, Jr.
c/o Law Offices of Zimmerman et al
3501 W. Waco Drive
Waco, TX 76710

ADT Security Services
PO Box 371956
Pittsburg, PA 15250-7956


Advance Air Systems
PO Box 26987
Fort Worth, TX 76126


All-Tex Pipe and Supply
PO Box 911854
Dallas, TX 75391-1854


Allenaire Service Company
PO Box 598
Lancaster, TX 75146-0598

Ambit Energy
PO Box 660462
Dallas, TX 75246


Amegy Bank of Texas
6310 Lemmon Ave, Suite 100
Dallas, TX 75209


American Express
PO Box 981540
El Paso, TX 79998-1540


American Express Centurion Bank
PO Box 981540
El Paso, TX 79998-1540


American Funds
Attn: Finance and Accounting
PO Box 659530
San Antonio, TX 78265-9530


American Safety Claims
100 Galleria Parkway SE, Suite 700
Atlanta, GA 30339


ARC Services
PO Box 845
Alvarado, TX 76009


Area Excavation &Utility Contractors Inc
PO Box 723
Mansfield, TX 76063


Arlington Winnelson
1811 Peyco Dr.
N. Arlington, TX 76001

Artic Air
PO Box 5577
Lubbock, TX 79408


Aspen Air, Inc.
PO Box 2411
Harker Heights, TX 76548


AT&T
208 South Akard St. #110
Dallas, TX 75202


Atmos Energy
PO Box 841425
Dallas, TX 75284-1425


Attorney General of Texas
Collections Division Bankruptcy Section
PO Box 12548
Austin, TX 78711-2548


Bartos
10350 Olympic Dr.
Dallas, TX 75220


Blanco Sand & Gravel
933 Garnet Cove
Oak Point, TX 75068


Bobby Harper
8228 Marianna Way
Alvarado, TX 76009


Brackett & Ellis
100 Main St.
Fort Worth, TX 76102

Briggs Equipment
10540 N. Stemmons Freeway
Dallas, TX 75220


Bron Tapes of Texas LLC
3510 Dalworth Street
Arlington, TX 76011


Capital One
Attn: General Correspondence
PO Box 30285
Salt Lake City, UT 84130-0285


CBeyond Communications
PO Box 848432
Dallas, TX 75284-8432


Central Mutual Insurance Companies
PO Box 353
Van West, OH 45891


Charles Pest Control
c/o KD Factors & Financial Serv LLC
PO Box 699
Grapevine, TX 76099


Chase Cardmember Service
800 Brooksedge Blvd.
Westerville, OH 43081


Checkvelocity
PO Box 331067
Nashville, TN 37203


Chrysler Financial 44349
Business Vehicle Finance
PO Box 9001888
Louisville, KY 40290-1888

Chrysler Financial BVF 15937
PO Box 3288
Milwaukee, WI 53201-3288


Chrysler Financial BVF 24002
PO Box 9001888
Louisville, KY 40290-1888


Chrysler Financial BVF 24134
PO Box 9001888
Louisville, KY 40290-1888


Chrysler Financial BVF 34916
Business Vehicle Finance
PO Box 3288
Milwaukee, WI 53201-3288


Cintas
PO Box 210037
Dallas, TX 75211


Citi Bank
701 E. 60th Street
Sioux Falls, SD 57104


City of DeSoto
211 E. Pleasant Run Rd
DeSoto, TX 75115


Coats, Rose, Yale, Ryman & Lee, P.C.
1717 W. 6th Street, Suite 420
Austin, TX 78703


Collin County Winnelson
1104 Capital Ave, Suite 200
Plano, TX 75074

Control Systems Consultants, Inc
PO Box 1688
Terrell, TX 75160


CPI Office Products
PO Box 59109
Dallas, TX 75229


Dallas Cotton Belt Employees CU
3445 Highland Rd, Suite 110
Dallas, TX 75228


Dallas County Tax Office
John R. Ames, Tax Assessor/Collector
Records Building - 1st Floor
500 Elm Street
Dallas, TX 75202

Dallas County Tax Office
John R. Ames, Tax Assessor/Collector
PO Box 139033
Dallas, TX 75313-9033


Dallas County/District Attorney
Check Division
133 N. Industrial Blvd, LB 19
Dallas, TX 75207-4399


Daniel Rangel
1608 Culberson Dr.
Mesquite, TX 75150


Dell Financial Services
c/o Recievable Management Svcs
4836 Brecksville Rd.
Richfield, OH 44286


Dell Financial Services
Payment Processing Center
4307 Collection Center Dr.
Chicago, IL 60693

DeSoto Tax Collector
210 E. Belt Line Rd.
Greenville, TX 75402


Dominquez Sheet Metal
3128 Alameda
El Paso, TX 79905


Donald D. Degrasse
Degrasse & Rolnick
6363 Woodway, Suite 975
Houston, TX 77057


Duct Direct
8610 Wallisville Rd.
Houston, TX 77029


Ferguson Enterprises, Inc.
2683 W. Euless Blvd.
Euless, TX 76040


First Texas Insurance
700 Highlander, Suite 350
Arlington, TX 76015


Five Star Mechanical, LP
200 S. 14th Street
Midlothian, TX 76065


Five Star Plumbing, Inc.
200 S. 14th Street
Midlothian, TX 76065


Ford Motor Credit
PO Box Box 650575
Dallas, TX 75265-0575

Fort Worth Winnelson
5105 A Commercial Blvd.
Fort Worth, TX 76180


G & R Backhoe Services
Gordan K. Rohrbacker
PO Box 313
Scurry, TX 75158


Gemaire Distributors, LLC
PO Box 848401
Dallas, TX 75284-8401


GMAC
PO Box 380901
Bloomington, MN 55438-0901


Goodman Air Conditioning & Heating
PO Box 201652
Houston, TX 77216-1652


Goodman Supply Company
PO Box 549
Frisco, TX 75034


Greenville Supply Company, Inc.
PO Box 431
Greenville, TX 75403-0431


Hanson Pipe & Precast, Inc.
PO Box 730477
Dallas, TX 75373-0477


Harbor Freight Tolls
3491 Mission Oaks Blvd
Camarillo, CA 93012-5034

Harbor Freight Tools
PO Box 6010
Camarillo, CA 93011-6010


HD Supply Waterworks
PO Box 840700
Dallas, TX 75294-0700


Home Depot Credit Services
PO Box 6029
The Lakes, NV 88901-6029


HVAC Systems Balancing Interest, Inc
1620 S. Friendswood Dr., PMB 176
Friendswood, TX 77546


Imperial A.I. Credit
2777 Allen Parkway, Suite 1130
Houston, TX 77019


Internal Revenue Service
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114-0326


Internal Revenue Service
Special Procedures, Room 9A20
1100 Commerce St., 5024-DAL
Dallas, TX 75242


Internal Revenue Service
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114


J&S Mechanical
PO Box 920625
Houston, TX 77292

Jahns Supply Company
2532 Cullen Street
Fort Worth, TX 76107


Jameson and Dunagan, P.C.
Matthew C. Jameson, Attorney
3890 W. Northwest Hwy, Suite 550
Dallas, TX 75220


Jenkins & Babb, LLP
2727 LBJ Freeway, Suite 900
Dallas, TX 75234


Johnson Controls, Inc.
3021 West Bend Drive
Irving, TX 75063


Johnson Supply
1401 Valwood Pkwy
Carrollton, TX 75006


Jose Rangel
1010 Creighton Ct.
Mesquite, TX 75150


Juan I. Rangel
2009 Laramie Dr.
Mesquite, TX 75149


Juan J. Salas
413 Edwards Dr.
Saginaw, TX 76179


July Business Services
PO Box 2208
Waco, TX 76703

Keepsake Self Storage
168 S. Walnut Grove Rd.
Midlothian, TX 76065


Kirkland Crane & Rigging, Inc.
889 IH 45 S
Hunstville, TX 77340


Labor Ready Central, Inc.
PO Box 676412
Dallas, TX 75267-6412


Law Offices of Zimmerman, Zimmerman,
  Cotner, Lejeune & Villarrial
3501 West Waco Dr.
Waco, TX 76710


Lennox
PO Box 910549
Dallas, TX 75391


Les Gray & Co., Inc.
1800 Commerce Street
Garland, TX 75040


Linebarger Goggan Blair Sampson LLP
2323 Bryan Street, Suite 1720
Dallas, TX 75201-2644


M & M Manufacturing Co.
Dept D8035
PO Box 65002
Dallas, TX 75265-0002


Maxwell Wholesale Plumbing-Cedar Hill
1113 N. Hwy 67
Cedar Hill, TX 75104

Merit Insurance
AICCO, Inc
PO Box 200455
Dallas, TX 75320-0455


Mesch & McBride, P.C.
Museum Place, Suite 330
3100 W. 7th Street
Fort Worth, TX 76107


MetLife Small Business Center
PO Box 804466
Kansas City, MO 64180-4466


Mobil Lube Express
1921 N. Hampton
DeSoto, TX 75115


Mobile Mini Inc.
7420 S. Kyrene Rd., Suite 101
Tempe, AZ 85283


Moore Supply
PO Box 448
Conroe, TX 77305


Morrison Supply
PO Box 70
Fort Worth, TX 76101


Municipal Water Works Supply
PO Box 2220
Owasso, OK 74055


Nation Brothers Company
1404 Briarwood Blvd
Arlington, TX 76013

NMHG Financial Services, Inc.
44 Old Ridgebury Rd.
Danbury, CT 06810


North McKinney Winnelson Co.
2030 McKinney Street
Melissa, TX 75454-9732


North Texas Tollway Authority
PO Box 260928
Plano, TX 75026-0928


Nueces Power Equipment
PO Box 4789
Corpus Christi, TX 78469


Office Depot/Business 6121
PO Box 70025
Los Angeles, CA 90074-0025


Ohio Casualty Group
PO Box 5001
Hamilton, OH 45012-5001


Penhall Company
Dept 2911
Los Angeles, CA 90084-2911


Pioneer Rentals
4637 W. University
Denton, TX 76207


Pitney Bowes/Purchase Power
PO Box 856042
Louisville, KY 40285-6042

Plano Plumbing Supplies
1305 Capital Avenue
Plano, TX 75074


Powell Protection Services
PO Box 117566
Carrollton, TX 75011-7566


Powell Protection Systems
2629 Dickerson Pkwy, Suite 100
Carrollton, TX 75007


Priority Couriers, L.L.C.
2772 W. Commerce Street
Dallas, TX 75212


QuestCorp Media Group, Inc.
885 E. Collins Blvd., Suite 102
Richardson, TX 75081


R2 Fabrication
804 Blue Mound Rd.
Fort Worth, TX 76131


Ramada El Paso
8250 Gateway Blvd East
El Paso, TX 79907
Horsham, PA 19044


Republic Services
1450 E. Cleveland Rd.
Hutchins, TX 75141


Rosaura Martinez
for the Estate of Adam Martinez, Jr.
c/o Law Offices of Zimmerman et al
3501 W. Waco Drive
Waco, TX 76710

Scott McCroskey Excavation
PO Box 137
Allen, TX 75013


Shell Oil
PO Box 9010
Des Moines, IA 50368-9010


Sprint Mobil Phones
PO Box 4181
Carol Stream, IL 60197-4181


Sprint Wireless Network
PO Box 660092
Dallas, TX 75266-0092


Standard Supply Plumbing
1431 Regal Row
Dallas, TX 75247


Stanford Trucking
PO Box 1403
Frisco, TX 75034


Stewart Engineering
3221 E. Pioneer Pkwy
Arlington, TX 76010


Sun City Winnelson Co.
7231 Brogan
El Paso, TX 79915


Sunbelt Rentals
PO Box 409211
Atlanta, GA 30384-9211

Sunstate Equipment Co.
PO Box 52581
Phoenix, AZ 85072-2581


Texas Alcoholic Beverage Commission
License and Permits Division
PO Box 13127
Austin, TX 78711-3127


Texas Comptroller of Public Accounts
Revenue Accounting Div Bankruptcy
PO Box 13528
Austin, TX 78711-3528


Texas Tollways
12719 Burnet Road
Austin, TX 78727-4206


Texas Workforce Commission
101 East 15th Street
Austin, TX 78714-9080


Texas Workforce Commission
TEC Building - Bankruptcy
101 East 15th Street
Austin, TX 78714-9080


The Graphic Source
7870 Clark Court
Ovilla, TX 75154


Trane
American Standard
PO Box 848343
Dallas, TX 75284-8343


Tri-Star Pipe Inspection
PO Box 172015
Arlington, TX 76003-2015

Trumble Crane & Rigging
  Diversified Lenders, Inc.
PO Box 94661
Lubbock, TX 79493


TXU Energy
PO Box 650638
Dallas, TX 75265-0638


U.S. Attorney
1100 Commerce, 3rd Floor
Dallas, TX 75242-1074


U.S. Attorney General
Department of Justice
Washington, DC 20001


U.S. Department of
Housing and Urband Development
801 Cherry Street, Unit #45
Suite 2500
Ft. Worth, TX 76102

United Health Care of Texas, Inc.
Department CH 10151
Palatine, IL 60055-0151


United Rentals
PO Box 846394
Dallas, TX 75284-6394


United States Attorney
1100 Commerce St.
Room 16G28
Dallas, TX 75242-1049


USAA Mastercard
PO Box 65020
San Antonio, TX 78265-5020

Vasq Sheet Metal
2042 Sheriff Drive
Grand Prairie, TX 75051


Wells Fargo Home Mortgage
PO Box  14411
Des Moines, IA 50306-3411


Winston Water Cooler, Ltd
5014 Mark IV Pkwy
Fort Worth, TX 76106


WinWholesale Credit Services
PO Box 530957
Atlanta, GA 30353-0957


X-Cell Construction, LLC
4136 Long Meadow Way
Fort Worth, TX 76133